## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | : | C.A. No. 17-1323 (GMS) |
|  | : |  |
| Plaintiff, | : |  |
|  | : | **[PROPOSED]** |
| v. | : | **ORDER GRANTING AMBAC'S** |
|  | : | **MOTION TO INTERVENE AND** |
| THE NATIONAL COLLEGIATE MASTER | : | **REQUEST FOR BRIEFING SCHEDULE** |
| STUDENT LOAN TRUST et al., | : |  |
|  | : |  |
| Defendants. | : |  |

Upon review of the Motion to Intervene and Request for Briefing Schedule filed by Ambac Assurance Corporation ("Ambac"); it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Ambac may intervene in this matter pursuant to Fed. R. Civ. P. 24; and it is further

**ORDERED** that a case management conference is scheduled for _____, 2017 to discuss a briefing schedule concerning Plaintiff Consumer Finance Protection Bureau's motion to approve the Consent Judgment.

Dated: _____

_____
Hon. Gregory M. Sleet, U.S.D.J.

9996659v.1