**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>    Plaintiff,<br><br> v.<br><br>THE NATIONAL COLLEGIATE MASTER STUDENT LOAN TRUST; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2003-1; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-1; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-2; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-1; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-2; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-3; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-1; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-2; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-3; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-4; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-1; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-2; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-3; and NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-4, Delaware Statutory Trusts,<br><br>    Defendants. | Case No. 17-cv-1323-UNA |

## AMBAC ASSURANCE CORPORATION'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel for Ambac Assurance Corporation ("Ambac") certifies that Ambac (1) is a wholly owned subsidiary of

1

Ambac Financial Group, Inc., and (2) there are no other parent corporations or publicly-held corporations that hold ten percent (10%) or more of its stock.

| | |
|---|---|
| Date:  September 20, 2017 | DRINKER BIDDLE & REATH LLP |
| | _/s/ Todd C. Schiltz_ |
| _Of Counsel_: | Todd C. Schiltz (#3253) |
| | 222 Delaware Avenue, Ste. 1410 |
| Michael O. Ware | Wilmington, DE 19801 |
| Mayer Brown LLP | 302-467-4200 |
| 1221 Avenue of the Americas | todd.schiltz@dbr.com |
| New York, NY 10020 | |
| 212-506-2593 | *Attorneys for Ambac Assurance Corporation* |
| mware@mayerbown.com | |

Erik W. Haas
Peter W. Tomlinson
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000