# LANDIS RATH & COBB LLP

A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW

919 MARKET STREET, SUITE 1800
P.O. BOX 2087
WILMINGTON, DELAWARE 19899
www.lrclaw.com

Rebecca L. Butcher
Direct Dial: (302) 467-4415
Email: butcher@lrclaw.com

Telephone: (302) 467-4400
Facsimile: (302) 467-4450

September 21, 2017

**VIA ECF**
The Honorable Gregory M. Sleet
J. Caleb Boggs Federal Building
844 N. King Street
Rom 4324, Unit 19
Wilmington, DE 19801

Re:  *Consumer Financial Protection Bureau v. The National Collegiate Master Student Loan Trust, et al.*, Case No. 1:17-cv-1323-GMS - Motion to Intervene

Dear Judge Sleet,

We represent GSS Data Services, Inc., ("GSSDS"), an interested party in the above-referenced case. We write to inform the Court of GSSDS' intention to file a motion to intervene in this matter.

On September 18, 2017, the Consumer Financial Protection Bureau ("CFPB") filed a Complaint against a number of National Collegiate Student Loan Trusts (the "Trusts") in this Court. The CFPB contemporaneously filed a Motion to Approve Consent Judgment, attaching a Proposed Consent Judgment. GSSDS serves as the Administrator of the Trusts.

On September 20, 2017, Ambac Assurance Corporation ("Ambac") filed a Motion to Intervene and Request for Briefing Schedule (D.I. 4), asking the Court to refrain from granting the CFPB's motion until all interested parties have been given the opportunity to address the validity of the Proposed Consent Judgment and the propriety of the requested relief. Also on September 20, 2017, Transworld Systems, Inc., the special sub-servicer for the Trusts, sent Your Honor a letter informing the Court of its intention to file a Motion to Intervene. GSSDS first obtained notice of the Proposed Consent Judgment only three days ago.

*The Honorable Gregory M. Sleet*
*September 21, 2017*
*Page 2*

      GSSDS intends to file a motion to intervene in this case as soon as possible, likely within the next few days. GSSDS is an interested party, as it roles and responsibilities under the governing Trust documents as Administrator may be affected by the Proposed Consent Judgment. By this letter, GSSDS requests the Court to refrain from ruling on the Motion to Approve Consent Judgment until its motion to intervene has been considered by the Court.

      Respectfully submitted,

      Rebecca L. Butcher (No. 3816)

RLB/lmr
cc:   Carolyn Hahn, counsel for Plaintiff Consumer Financial Protection Bureau (via ECF)
      Todd C. Shiltz, counsel for Intervenor Ambac (via ECF)