# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Consumer Financial Protection Bureau, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No.: 1:17-cv-01323-GMS |
| The National Collegiate Master Student Loan Trust, *et al*. | ) |
| | ) |
| Defendants. | ) |

## TRANSWORLD SYSTEMS INC.'S
## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Intervenor Transworld Systems Inc., ("TSI"), through counsel, hereby submits its Corporate Disclosure Statement and states:

1. TSI is a wholly owned subsidiary of Aston Acquisition Corp.

2. There are no other parent corporations or publicly-held corporations that hold ten percent (10%) or more of TSI's stock.

Dated: September 22, 2017

                                        Respectfully submitted,

                                        /s/ *Jamie L. Edmonson*
                                        Jamie L. Edmonson (No. 4247)
                                        VENABLE LLP
                                        1201 N. Market Street
                                        Suite 1400
                                        Wilmington, DE 19801
                                        Phone: (302) 298-3535
                                        Fax: (302) 298-3550
                                        JLEdmonson@venable.com

Allyson B. Baker (*pro hac vice to be filed*)
Meredith L. Boylan (*pro hac vice to be filed*)
Sameer P. Sheikh (*pro hac vice to be filed*)
Katherine M. Wright (*pro hac vice to be filed*)
VENABLE LLP
600 Massachusetts Ave., NW
Washington, DC 20001
Phone:  (202) 344-4000
Fax:  (202) 344-8300
ABBaker@venable.com
MLBoylan@venable.com
SPSheikh@venable.com
KMWright@venable.com

*Counsel for Intervenor Transworld Systems Inc.*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 22nd day of September, 2017, a copy of the foregoing document was electronically filed with the court and served via CM/ECF, on parties of record with counsel of record identified on the Court's docket. A copy of the foregoing has also been sent via email to any party without a designated counsel of record currently identified on the Court's docket.

                                       /s/ *Jamie L. Edmonson*
                                       Jamie L. Edmonson