# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU<br><br>Plaintiff,<br><br>v.<br><br>THE NATIONAL COLLEGIATE MASTER STUDENT LOAN TRUST, et al.,<br><br>Defendants. | C.A. No. 17-1323 (GMS) |

### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for GSS Data Services, Inc., a party in interest in the above-captioned action, states that its parent corporation is Goal Structured Solutions, Inc. and no publicly held corporation owns more than 10% of its stock.

Dated: September 28, 2017

**LANDIS RATH & COBB LLP**

/s/ Rebecca L. Butcher
Rebecca L. Butcher (No. 3816)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: butcher@lrclaw.com

*Attorneys for Proposed Intervenor
GSS Data Services, Inc.*