IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 17-1323-GMS ) |
| THE NATIONAL COLLEGIATE MASTER STUDENT LOAN TRUST, *et al.*, | ) ) ) |
| Defendants. | ) |

**MOTION TO INTERVENE OF**
**U.S. BANK NATIONAL ASSOCIATION AS SUCCESSOR SPECIAL SERVICER**

U.S. Bank National Association ("U.S. Bank"), in its capacity as Successor Special Servicer, hereby moves this Court for an Order granting U.S. Bank's Motion to Intervene pursuant to Rule 24 of the Federal Rules of Civil Procedure in the above-titled action. The grounds for this motion are presented in the accompanying brief.

WHEREFORE, U.S. Bank respectfully requests that the Court grant this motion and enter the proposed order attached hereto.

| | |
|---|---|
| OF COUNSEL:<br>Stephen H. Meyer<br>SULLIVAN & CROMWELL LLP<br>1700 New York Avenue, N.W.<br>Suite 700<br>Washington, DC 20006<br><br>Matthew A. Martel<br>Keith M. Kollmeyer<br>JONES DAY<br>100 High Street<br>Boston, MA 02110 | SHAW KELLER LLP<br><br>*/s/ David M. Fry*<br>John W. Shaw (No. 3362)<br>David M. Fry (No. 5486)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>dfry@shawkeller.com<br>*Attorneys for U.S. Bank*<br>*National Association* |

Dated: October 10, 2017