IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )  C.A. No. 17-1323-GMS ) |
| THE NATIONAL COLLEGIATE MASTER STUDENT LOAN TRUST, *et al.*, | ) ) ) |
| Defendants. | ) |

**[PROPOSED] ORDER GRANTING MOTION TO INTERVENE OF
U.S. BANK NATIONAL ASSOCIATION AS SUCCESSOR SPECIAL SERVICER**

Upon review of the Motion to Intervene filed by U.S. Bank National Association in its capacity as Successor Special Servicer, it is hereby ORDERED that the Motion to Intervene is GRANTED; and it is further ORDERED that U.S. Bank National Association in its capacity as Successor Special Servicer may intervene in this matter pursuant to Fed. R. Civ. P. 24.

SO ORDERED this ___ day of _____, 2017.

_____
United States District Judge