IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 17-1323-GMS ) |
| THE NATIONAL COLLEGIATE MASTER STUDENT LOAN TRUST, *et al.*, | ) ) ) ) |
| Defendants. | ) |

**MOTION TO INTERVENE OF**
**U.S. BANK NATIONAL ASSOCIATION AS INDENTURE TRUSTEE**

U.S. Bank National Association ("U.S. Bank"), in its capacity as Indenture Trustee, hereby moves this Court for an Order granting U.S. Bank's Motion to Intervene pursuant to Rule 24 of the Federal Rules of Civil Procedure in the above-titled action. The grounds for this motion are presented in the accompanying brief.

WHEREFORE, U.S. Bank respectfully requests that the Court grant this motion and enter the proposed order attached hereto.

OF COUNSEL:
Matthew A. Martel
Keith M. Kollmeyer
JONES DAY
100 High Street
Boston, MA 02110

Stephen H. Meyer
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W.
Suite 700
Washington, DC 20006

Dated: October 10, 2017

SHAW KELLER LLP

*/s/ David M. Fry*
John W. Shaw (No. 3362)
David M. Fry (No. 5486)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
dfry@shawkeller.com
*Attorneys for U.S. Bank*
*National Association*