**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | ) ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 17-1323-RGA |
| v. | ) ) | |
| THE NATIONAL COLLEGIATE MASTER STUDENT LOAN TRUST, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) ) | |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to D. Del. L.R. 7.1.2(b), Defendant Trusts[1] respectfully submit to the Court an

Order entered by Vice Chancellor Joseph R. Slights, III, in *National Collegiate Student Loan*

*Master Trust, et al. v. Pennsylvania Higher Education Assistance Agency d/b/a American*

*Educational Services*, C.A. No. 12111-VCS (Del. Ch.) (the "Delaware Chancery Action"),

attached hereto as Exhibit A. The Order in the Delaware Chancery Action contains the

following findings:

       1.     The beneficial interests in The National Collegiate Master Student Loan

Trust are owned by NC Residuals Owners Trust and SL Resid Holdings LLC;

       2.     The beneficial interests in The National Collegiate Student Loan Trust

2003-1 are owned by NC Residuals Owners Trust, NC Owners LLC, and Pathmark

Associates, LLC; and

---

[1] "Trusts" refers collectively to Defendants National Collegiate Master Student Loan Trust and National Collegiate Student Loan Trusts 2003-1, 2004-1, 2004-2, 2005-1, 2005-2, 2005-3, 2006-1, 2006-2, 2006-3, 2006-4, 2007-1, 2007-2, 2007-3, 2007-4.

3.      The beneficial interests in The National Collegiate Student Loan Trust 2004-1, The National Collegiate Student Loan Trust 2004-2, The National Collegiate Student Loan Trust 2005-1, The National Collegiate Student Loan Trust 2005-2, The National Collegiate Student Loan Trust 2005-3, The National Collegiate Student Loan Trust 2006-1, The National Collegiate Student Loan Trust 2006-2, The National Collegiate Student Loan Trust 2006-3, The National Collegiate Student Loan Trust 2006-4, The National Collegiate Student Loan Trust 2007-1, The National Collegiate Student Loan Trust 2007-2, The National Collegiate Student Loan Trust 2007-3, and The National Collegiate Student Loan Trust 2007-4 are owned by NC Owners LLC and Pathmark Associates, LLC.

The Order is relevant to the issues currently before this Court because Proposed Intervenor Wilmington Trust Company informed the Court that on July 5, 2017, it refused to execute a consent order proposed by the Consumer Financial Protection Bureau in part because of the "Ownership Dispute" raised in the Delaware Chancery Action.  (D.I. 31 ¶ 3.)  That dispute has now been resolved, with the Owners who directed Wilmington Trust Company to execute the consent decree recognized in the Delaware Chancery Action as the Owners of the beneficial interests of the Trusts.

Dated: December 6, 2017                              McCARTER & ENGLISH, LLP

                                                     /s/ Daniel M. Silver
                                                     Daniel M. Silver (#4758)
                                                     405 N. King St., 8th  Floor
                                                     Wilmington, Delaware 19801
                                                     (302) 984-6300
                                                     dsilver@mccarter.com

                                                     *Attorneys for Defendants*

OF COUNSEL:

James A. Kosch
MCCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444
jkosch@mccarter.com

Richard Elias
Greg Gutzler
ELIAS GUTZLER SPICER LLC
130 South Bemiston Ave., Suite 302
St. Louis, Missouri 63105
(314) 274-3311
relias@egslitigation.com
ggutzler@egslitigation.com

Adam J. Levitt
Amy E. Keller
DICELLO LEVITT & CASEY LLC
Ten North Dearborn Street, Eleventh Floor
Chicago, Illinois 60602
(312) 214-7900
alevitt@dlcfirm.com
akeller@dlcfirm.com

ME1 26236349v.1