# EXHIBIT A

**GRANTED**

IN THE COURT OF CHANCERY FOR THE STATE OF DELAWARE

| | |
|---|---|
| THE NATIONAL COLLEGIATE STUDENT LOAN MASTER TRUST, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY D/B/A AMERICAN EDUCATIONAL SERVICES, <br><br> Defendant, and <br><br> WILMINGTON TRUST COMPANY, <br><br> Intervenor. | C.A. No. 12111-VCS |

**[PROPOSED] ORDER**

WHEREAS on October 7, 2016, Plaintiffs The National Collegiate Master Student Loan Trust I, *et al.* ("the Trusts") moved for a preliminary injunction directing Defendant Pennsylvania Higher Education Assistance Agency ("PHEAA") to allow Plaintiffs to conduct audits of PHEAA and for other relief (the "Motion"); and

WHEREAS oral argument on the Motion was held on January 20, 2017; and

WHEREAS in the course of the briefing and argument of the Motion an issue arose as to the validity of certain transactions whereby (i) Pathmark

1

Associates, LLC acquired from NC Owners LLC an interest in the beneficial ownership of certain of the Trusts, and (ii) NC Owners LLC acquired SL Resid Holdings LLC's interest in the beneficial ownership of certain of the Trusts (the "Ownership Issue"); and

WHEREAS the Court directed that it would hold the Motion in abeyance pending resolution of the Ownership Issue; and

WHEREAS the parties conducted discovery relevant to the Ownership Issue and thereafter submitted briefs, affidavits and exhibits concerning the Ownership Issue; and

WHEREAS oral argument on the Ownership Issue was held on October 30, 2017; and

WHEREAS on November 7, 2017, the Court read into the record its decision on the Ownership Issue;

NOW, upon consideration of the briefs, affidavits, exhibits, and oral argument concerning the Ownership Issue and all other matters of record, IT IS HEREBY:

ORDERED, that the transactions referred to in the third WHEREAS paragraph above are valid and did not violate the 100% ownership prohibition contained in the Trust Agreements; and IT IS FURTHER

ORDERED, that the owners of the beneficial interests in the Trusts are as follows:

1. The beneficial interests in The National Collegiate Master Student Loan Trust I are owned by NC Residuals Owners Trust and SL Resid Holdings LLC;

2. The beneficial interests in The National Collegiate Student Loan Trust 2003-1 are owned by NC Residuals Owners Trust, NC Owners LLC, and Pathmark Associates, LLC; and

3. The beneficial interests in The National Collegiate Student Loan Trust 2004-1, The National Collegiate Student Loan Trust 2004-2, The National Collegiate Student Loan Trust 2005-1, The National Collegiate Student Loan Trust 2005-2, The National Collegiate Student Loan Trust 2005-3, The National Collegiate Student Loan Trust 2006-1, The National Collegiate Student Loan Trust 2006-2, The National Collegiate Student Loan Trust 2006-3, The National Collegiate Student Loan Trust 2006-4, The National Collegiate Student Loan Trust 2007-1, The National Collegiate Student Loan Trust 2007-2, The National Collegiate Student Loan Trust 2007-3, and The National Collegiate Student Loan Trust 2007-4 are owned by NC Owners LLC and Pathmark Associates, LLC.

IT IS SO ORDERED this _____ day of _____, 2017.

_____
Vice Chancellor Joseph R. Slights III

This document constitutes a ruling of the court and should be treated as such.

| | |
|---|---|
| **Court:** | DE Court of Chancery Civil Action |
| **Judge:** | Joseph Slights |
| **File & Serve Transaction ID:** | 61375265 |
| **Current Date:** | Nov 17, 2017 |
| **Case Number:** | 12111-VCS |
| **Case Name:** | CONF ORDER - The National Collegiate Student Loan Master Trust v. Pennsylvania Higher Education Assistance Agency d/b/a American Educational Services |
| **Court Authorizer:** | Slights, Joseph |

**/s/ Judge Slights, Joseph**