**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CONSUMER FINANCIAL PROTECTION | : | |
| BUREAU, | : | C.A. No. 17-1323 (GMS) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| THE NATIONAL COLLEGIATE MASTER | : | |
| STUDENT LOAN TRUST et al., | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF WITHDRAWAL**

PLEASE TAKE NOTICE that, attorney Kathryn S. Austin of Patterson Belknap Webb &

Tyler LLP, hereby withdraws her appearance as counsel for Proposed Intervenor Ambac

Assurance Corporation ("Ambac").  Ambac will continue to be represented by the remaining

counsel of record.

January 12, 2018

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

*/s/ Kurt M. Heyman*

Kurt M. Heyman (# 3054)
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
302-472-7302
kheyman@hegh.law

*Attorneys for Proposed Intervenor
Ambac Assurance Corporation*

*Of Counsel:*

Erik W. Haas
Peter W. Tomlinson
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000