## IN THE UNITED STATES DISTRICT COURT
## FOR DISTRICT OF DELAWARE

|  |  |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | ) ) ) |
| Plaintiff, | ) )   C.A. No. 17-1323-GMS ) |
| v. | ) ) |
| THE NATIONAL COLLEGIATE MASTER STUDENT LOAN TRUST, *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

## [PROPOSED] ORDER

Having considered McCarter & English, LLP's ("Counsel") Motion to Withdraw

as Counsel for Defendants National Collegiate Master Student Loan Trust, National

Collegiate Student Loan Trust 2003-1, National Collegiate Student Loan Trust

2004-1, National Collegiate Student Loan Trust 2004-2, National Collegiate

Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2005-2,

National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan

Trust 2006-1, National Collegiate Student Loan Trust 2006-2, National Collegiate

Student Loan Trust 2006-3, National Collegiate Student Loan Trust 2006-4,

National Collegiate Student Loan Trust 2007-1, National Collegiate Student Loan

Trust 2007-2, National Collegiate Student Loan Trust 2007-3, National Collegiate

Student Loan Trust 2007-4 (collectively, "Defendants") and due and sufficient notice of

the Motion having been given and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

The Motion to Withdraw as Counsel is GRANTED, and that Defendants shall

have _____30_____ days to retain new counsel from the date hereof.

Withdrawing Counsel is directed to serve a copy of this Order on Defendants via

electronic mail.

The Honorable Gregory M. Sleet
United States District Court Judge

Dated: _July 16_, 2018