Case 1:17-cv-01323-GMS   Document 73-3   Filed 11/21/17   Page 1 of 2 PageID #: 1018

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 17-CV-01323 (GMS) |
| THE NATIONAL COLLEGIATE MASTER STUDENT LOAN TRUST; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2003-1; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-1; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-1; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-2; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-1; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-2; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-3; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-4; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-1; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-2; NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-3; and NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-4, Delaware Statutory Trusts, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER GRANTING MOTION OF STRUCTURED FINANCE
INDUSTRY GROUP, INC. FOR LEAVE TO FILE A BRIEF AS AN *AMICUS CURIAE***

Having considered Structured Finance Industry Group, Inc.'s Motion For Leave To File a

Brief as an *Amicus Curiae* (the "Motion"), and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1.    The Motion is granted. ~~separately~~

2.    The Brief shall be filed by Structured Finance Industry Group, Inc as an *Amicus*

*Curiae*.

IT IS SO ORDERED this _17th_ day of ___July___, 2017.

United States District Court Judge