IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 17-1323 (MN) |
| THE NATIONAL COLLEGIATE MASTER STUDENT LOAN TRUST, et al., | ) ) ) ) ) |
| Defendants. | ) |

### ORDER

WHEREAS multiple motions to intervene have been filed in this action by proposed intervenors (D.I. 4, 9, 11, 12, 20, 31, 33, 35);

WHEREAS, on July 16, 2018, the Court granted McCarter & English, LLP's Motion to Withdraw as Counsel for the Defendant Trusts and afforded Defendant Trusts thirty days to obtain new counsel (D.I. 80); and

WHEREAS, Defendant Trusts have not retained new counsel, and instead, on August 3, 2018, Special Ligation Counsel for the Defendant Trusts submitted a letter to the Court asking for a teleconference to discuss an interim solution so that the Defendant Trusts can secure legal representation to address ongoing matters in this litigation;

NOW, THEREFORE, IT IS HEREBY ORDERED this 21st day of September 2018, that on or before September 28, 2018:

1) Plaintiff and Defendant Trusts shall submit to the court a letter of no more than two-pages proposing what relief, if any, it seeks from the court with respect to Defendant Trusts' failure to obtain counsel; and

2

2) Plaintiff, Defendant Trusts and each proposed intervenor may file a letter of no more than two-pages addressing what effect, if any, the subject matter of the August 3, 2018 letter has on the motions to intervene.

BY THE COURT:

/s/ Maryellen Noreika
The Honorable Maryellen Noreika
United States District Judge