IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 17-1323 (MN) |
| THE NATIONAL COLLEGIATE MASTER STUDENT TRUST, et al., | ) ) ) ) |
| Defendants. | ) |

## ORDER

At Wilmington this 19th day of October 2018:

For the reasons set forth in the Memorandum Opinion issued this date,

IT IS HEREBY ORDERED that:

1. Movants' motions to intervene (D.I. 4, 9, 11, 12, 20, 31, 33, 35) are GRANTED.

_____
The Honorable Maryellen Noreika
United States District Judge