**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>THE NATIONAL COLLEGIATE MASTER STUDENT LOAN TRUST, *et al.*,<br><br>　　　　　　　Defendants. | C.A. 17-cv-01323-MN |

**NOTICE OF SERVICE OF INTERVENOR TRANSWORLD SYSTEMS, INC.'S
RESPONSES AND OBJECTIONS TO PLAINTIFF CONSUMER
FINANCIAL PROTECTION BUREAU'S REQUESTS FOR DOCUMENTS**

PLEASE TAKE NOTICE that on January 22, 2019, a copy of Intervenor Transworld Systems Inc.'s ("TSI") responses and objections to Plaintiff Consumer Financial Protection Bureau's ("Plaintiff" or "CFPB") Requests for Documents was served via email and regular mail, first class and postage prepaid, on:

Gabriel S. H. Hopkins, Esq.
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
gabriel.hopkins@cfpb.gov

Dated:  January 23, 2019　　　　　　**VENABLE LLP**

　　　　　　　　　　　　　　　By:　/s/ *Jamie Edmonson*
　　　　　　　　　　　　　　　　　Jamie Edmonson
　　　　　　　　　　　　　　　　　VENABLE LLP
　　　　　　　　　　　　　　　　　1201 N. Market Street
　　　　　　　　　　　　　　　　　Suite 1400
　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　Phone: (302) 298-3535
　　　　　　　　　　　　　　　　　JLEdmonson@venable.com

　　　　　　　　　　　　　　　　　*Counsel for Transworld Systems Inc.*