April 4, 2019

VIA ECF

The Honorable Maryellen Noreika
United States District Judge
United States Courthouse
844 N. King Street
Wilmington, DE 19801

RE: *Consumer Financial Protection Bureau v. National Collegiate Master Student Loan Trust, et al.,* No. 17-cv-01323(MN)

Judge Noreika,

    Please see attached the Notice of Rule 30(b)(6) Deposition of the Consumer Financial Protection Bureau served on the Bureau by the Intervenor Group.

    Sincerely,

    */s/* Gabriel Hopkins
    *Attorney for Plaintiff*
    Gabriel Hopkins
    gabriel.hopkins@cfpb.gov
    202-435-7842
    Stephen Jacques
    stephen.jacques@cfpb.gov
    202-435-7368
    Jane Peterson
    jane.peterson@cfpb.gov
    202-435-9740
    Enforcement Attorneys
    Consumer Financial Protection Bureau
    1700 G Street NW
    Washington, DC 20552