# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>    Plaintiff,<br><br>  v.<br><br>THE NATIONAL COLLEGIATE STUDENT LOAN MASTER TRUST, *et al.*<br><br>    Defendant. | C.A. No. 17-1323-MN |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Sara Elizabeth Bussiere of Bayard, P.A. hereby withdraws as counsel to Intervenor Wilmington Trust Company ("WTC"). WTC will continue to be represented by the remaining counsel of record. Please adjust your service lists accordingly.

Dated: June 17, 2019

BAYARD, P.A.

*/s/ Sara E. Bussiere*
Sara E. Bussiere (#5725)
600 North King Street, Suite 400
Wilmington, DE 19801
(302) 655-5000
sbussiere@bayardlaw.com

*Attorney for Intervenor*
*Wilmington Trust Company*