# HEYMAN ENERIO GATTUSO&HIRZEL LLP

### PRACTICING THE ART OF LAW

300 DELAWARE AVENUE  •  SUITE 200  •  WILMINGTON, DELAWARE 19801
TEL: (302) 472.7300  •  FAX: (302) 472.7320  •  WWW.HEGH.LAW

mdonimirski@hegh.law
DD: 302-472-7314

November 1, 2019

**VIA HAND DELIVERY AND CM/ECF**

The Honorable Maryellen Noreika
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

> Re:   CFPB v. NCMSLT et al.,
> No. 17-1323 (D. Del.)

Dear Judge Noreika:

We represent Ambac Assurance Corporation ("Ambac") in this matter. We write on behalf of the Intervenors[1] to submit the proposed Stipulated Order Extending Case Schedule, filed herewith, to the Court.

As set forth in the proposed Stipulated Order, the parties believe that good cause exists to permit a short extension of the case schedule to allow non-party Chaitman LLP ("Chaitman") time to complete its production of documents, as ordered by the Court on October 23 and October 25, 2019, in advance of certain depositions in this matter. *See CFPB v. NCMSLT et al.*, No. 19-mc-108 (D. Del.) (D.I. 36, 38). Plaintiff Consumer Financial Protection Bureau has advised that it does not oppose the Intervenors' proposal.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

*/s/ Melissa N. Donimirski*

Melissa N. Donimirski (#4701)

---

[1] The Intervenors are Ambac; the Objecting Noteholders; GSS Data Services, Inc.; Pennsylvania Higher Education Assistance Agency d/b/a American Education Services; Transworld Systems, Inc.; Wilmington Trust Company; and U.S. Bank National Association.



The Honorable Maryellen Noreika
November 1, 2019
Page 2

MND/ram
Encl.
cc: Counsel of Record (via CM/ECF)