# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 17-1323-MN |
| THE NATIONAL COLLEGIATE MASTER STUDENT LOAN TRUST, *et al.*, | ) ) ) ) |
| Defendants. | ) ) ) |

## JOINDER IN NOTICES OF DEPOSITION

PLEASE TAKE NOTICE that GSS Data Services, Inc. hereby joins the Notices of Deposition to James Kosch (D.I. 198), McCarter & English LLP (D.I. 199), Jorge Rodriguez-Lugo (D.I. 201), Donald S. Uderitz (D.I. 202), Chaitman LLP (D.I. 204), and Lance Gotthoffer (D.I. 205).

OF COUNSEL:

John P. Doherty, Esquire
William Hao, Esquire
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016

DATED: January 7, 2020

**LANDIS RATH & COBB LLP**

*/s/ Rebecca L. Butcher*
Rebecca L. Butcher (No. 3816)
919 Market Street, Suite 1800
Wilmington, DE 19801
(302) 467-4400
(302) 467-4450 Facsimile
butcher@lrclaw.com

*Attorneys for GSS Data Services, Inc.*