IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>THE NATIONAL COLLEGIATE MASTER STUDENT LOAN TRUST, et al.<br><br>　　　　Defendants. | C.A. No. 17-cv-01323-MN |

**ORDER GRANTING INTERVENORS
ADDITIONAL TIME TO TAKE PHASE ONE DEPOSITIONS**

AND NOW, this  11th  day of February, 2020, the Court having considered Intervenor Ambac Assurance Corporation's Emergency Motion for Amendment of the Case Scheduling Order (the "Motion");

IT IS HEREBY ORDERED that

1.　　the Motion is GRANTED;

2.　　the Intervenors collectively are limited to a total of 25 hours of taking testimony by oral deposition with respect to the Threshold Issues; and

3.　　the parties may request a future modification of the Case Scheduling Order for good cause.

IT IS SO ORDERED.

DATED: 2/11/2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　*Maryellen Noreika*
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

11626930v.1