# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Consumer Financial Protection Bureau,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | C.A. No. 1:17-cv-01323-MN |
| v.  ) | |
| ) | |
| The National Collegiate Master Student  ) | |
| Loan Trust, *et al*.  ) | |
| ) | |
| Defendants.  ) | |

## INTERVENOR TRANSWORLD SYSTEMS INC.'S
## MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

Intervenor Transworld Systems Inc., by and through its attorneys, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 12(b)(1) for an order dismissing the Complaint with prejudice. The factual and legal grounds supporting this motion are set forth in the Opening Brief filed contemporaneously herewith.

Dated: March 19, 2020

                                              **VENABLE LLP**

                                        By: /s/ *Daniel A. O'Brien*
                                                Daniel A. O'Brien (No. 4897)
                                                1201 N. Market Street, Suite 1400
                                                Wilmington, DE 19801
                                                Phone: (302) 298-3523
                                                Fax: (302) 298-3550
                                                DAO'Brien@venable.com

                                                    -and-

Allyson B. Baker (*pro hac vice*)
Meredith L. Boylan (*pro hac vice*)
Sameer P. Sheikh (*pro hac vice*)
Tiffany C. Williams (*pro hac vice*)
600 Massachusetts Ave., NW
Washington, DC 20001
Phone: (202) 344-4000
Fax: (202) 344-8300
ABBaker@venable.com
MLBoylan@venable.com
SPSheikh@venable.com
TCWilliams@Venable.com

*Counsel for Intervenor Transworld Systems Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of March, 2020, a copy of the foregoing document was electronically filed with the court and served via CM/ECF, on parties with counsel of record identified on the Court's docket.

                                           */s/ Daniel A. O'Brien*
                                           Daniel A. O'Brien (No. 4897)