# EXHIBIT K SHALL REMAIN UNDER SEAL