IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 17-1323-MN ) |
| THE NATIONAL COLLEGIATE MASTER STUDENT LOAN TRUST, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## STIPULATED ORDER EXTENDING CASE SCHEDULE

WHEREAS, the Court held a telephonic conference on June 12, 2020 and directed Plaintiff Consumer Financial Protection Bureau (CFPB) and Intervenors to jointly propose a schedule for the Intervenors to brief Rule 12(b) motions;

WHEREAS, the CFPB and Intervenors have conferred and reached agreement on a proposed briefing schedule;

**IT IS HEREBY ORDERED** that:

1. The Intervenors shall file their Rule 12(b) motions on or before July 10, 2020.

2. CFPB's response to any Rule 12(b) motions, including the pending Motion to Dismiss filed by Intervenor Transworld Systems Inc. (D.I. 242), shall be filed on or before August 7, 2020. That portion of the Court's May 31, 2020, Order (D.I. 273) setting a date for the CFPB's response to D.I. 242 is hereby modified.

3. Reply briefs in further support of any Rule 12(b) motions shall be filed on or before August 28, 2020.

4. The parties may request a future modification of the schedule for good cause.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: June 16, 2020

2

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

THOMAS WARD
*Enforcement Director*

DEBORAH MORRIS
*Deputy Enforcement Director*

ALUSHEYI J. WHEELER
*Assistant Litigation Deputy*


*/s/ Gabriel Hopkins*
Gabriel Hopkins
gabriel.hopkins@cfpb.gov
Phone: 202-435-7842
Stephen Jacques
stephen.jacques@cfpb.gov
202-435-7368
Jane Peterson
jane.peterson@cfpb.gov
202-435-9740

*Enforcement Attorneys*
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
Facsimile: (202) 435-7722


*/s/ Melissa N. Donimirski*
  Kurt M. Heyman (No. 3054)
  Melissa N. Donimirski (No. 4701)
  HEYMAN ENERIO GATTUSO & HIRZEL LLP

OF COUNSEL:
Erik Haas
Peter W. Tomlinson
Joshua Kipnees
George A. LoBiondo
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036

300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300
kheyman@hegh.law
mdonimirski@hegh.law
*Attorneys for Ambac Assurance Corporation*

| | |
|---|---|
| OF COUNSEL:<br>Michael A. Hanin<br>Uri Itkin<br>KASOWITZ BENSON TORRES LLP<br>1633 Broadway<br>New York, NY 10019 | */s/ Catherine A. Gaul*<br>Catherine A. Gaul (No. 4310)<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>cgaul@ashby-geddes.com<br>*Attorneys for Objecting Noteholders* |
| OF COUNSEL:<br>John P. Doherty<br>William Hao<br>ALSTON & BIRD LLP<br>90 Park Avenue<br>New York, NY 10016 | */s/ Rebecca L. Butcher*<br>Rebecca L. Butcher (No. 3816)<br>LANDIS RATH & COBB LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801<br>(302) 467-4400<br>butcher@lrclaw.com<br>*Attorneys for GSS Data Services, Inc.* |
| OF COUNSEL:<br><br>Nicholas H. Pennington<br>STEVENS & LEE, P.C.<br>620 Freedom Business Center, Ste 200<br>King of Prussia, PA 19406<br>(610) 205-6352<br>nhp@stevenslee.com<br><br>Elizabeth A. Ware<br>STEVENS & LEE, P.C.<br>111 N. Sixth Street<br>Reading, PA 19603<br>(610) 478-2210<br>eaw@stevenslee.com | */s/ Stacey A. Scrivani*<br>Stacey A. Scrivani (No. 6129)<br>STEVENS & LEE, P.C.<br>919 Market Street, Suite 1300<br>Wilmington, DE 19801<br>(302) 425-3306<br>sasc@stevenslee.com<br>*Attorneys for Pennsylvania Higher Education Assistance Agency d/b/a American Education Services.* |

|  |  |
|---|---|
| OF COUNSEL:<br><br>Allyson B. Baker<br>Meredith L. Boylan<br>Sameer P. Sheikh<br>Katherine M. Wright<br>Tiffany C. Williams<br>VENABLE LLP<br>600 Massachusetts Ave., NW<br>Washington, DC 20001<br>(202) 344-4000<br>ABBaker@venable.com<br>MLBoylan@venable.com<br>SPSheikh@venable.com<br>KMWright@venable.com<br>TCWilliams@venable.com | */s/ Daniel A. O'Brien*<br>Daniel A. O'Brien (No. 4897)<br>VENABLE LLP<br>1201 N. Market Street, Suite 1400<br>Wilmington, DE 19801<br>(302) 298-3535<br>daobrien@venable.com<br>*Attorneys for Transworld Systems, Inc.* |
|  | */s/ Stephen B. Brauerman*<br>Stephen B. Brauerman (No. 4952)<br>Elizabeth A. Powers (No. 5522)<br>BAYARD, P.A.<br>600 N. King Street, Suite 400<br>Wilmington, DE 19899<br>(302) 655-5000<br>sbrauerman@bayardlaw.com<br>sbussiere@bayardlaw.com<br>*Attorneys for Wilmington Trust Company* |

OF COUNSEL:

Stephen H. Meyer
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W.
Suite 700
Washington, DC 20006
(202) 956-7605
meyerst@sullcrom.com

Matthew A. Martel
Joseph B. Sconyers
Keith M. Kollmeyer
JONES DAY
100 High Street
Boston, MA 02110-1781
(617) 960-3939
mmartel@jonesday.com
jsconyers@jonesday.com
kkollmeyer@jonesday.com

*/s/ David M. Fry*
John W. Shaw (No. 3362)
David M. Fry (No. 5486)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
dfry@shawkeller.com
*Attorneys for U.S. Bank National Association*

IT IS SO ORDERED this 17th day of June 2020.

_____
The Honorable Maryellen Noreika
United States District Judge

5