IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Consumer Financial Protection Bureau, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 1:17-cv-01323-MN |
| v. ) | |
| ) | |
| The National Collegiate Master Student ) | |
| Loan Trust, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF CONSUMER FINANCIAL PROTECTION BUREAU'S
APPLICATION FOR ENTRY OF DEFAULT**

Plaintiff Consumer Financial Protection Bureau ("Bureau") requests that the Clerk of Court enter default against The National Collegiate Master Student Loan Trust, National Collegiate Student Loan Trust 2003-1, National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2005-2, National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2006-3, National Collegiate Student Loan Trust 2006-4, National Collegiate Student Loan Trust 2007-1, National Collegiate Student Loan Trust 2007-2, National Collegiate Student Loan Trust 2007-3, National Collegiate Student Loan Trust 2007-4 (collectively "Defendants"), under Federal Rule of Civil Procedure 55(a), on the ground that they have failed to timely appear, answer, or otherwise defend this action.

Plaintiff served the Summons and Complaint upon each Defendant, on June 10, 2020, as evidenced by the proofs of service on file with this Court. *See* D.I. 277 – 291. None of the

Defendants have answered, moved to dismiss, or otherwise appeared in this action, and the time within which they may appear has expired.

Dated: July 2, 2020

Respectfully submitted,

*Attorneys for Plaintiff*
*Consumer Financial Protection Bureau*

THOMAS G. WARD
*Enforcement Director*

DEBORAH MORRIS
*Deputy Enforcement Director*

ALUSHEYI J. WHEELER
*Assistant Litigation Deputy*

/s/ Gabriel Hopkins
Gabriel Hopkins
gabriel.hopkins@cfpb.gov
Phone: 202-435-7842
Stephen Jacques
stephen.jacques@cfpb.gov
202-435-7368
Jane Peterson
jane.peterson@cfpb.gov
202-435-9740

*Enforcement Attorneys*
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
Facsimile: (202) 435-7722

CERTIFICATE OF SERVICE

    I hereby certify that on July 2, 2020, I electronically filed Plaintiff Consumer Financial Protection Bureau's Application for Entry of Default with the Clerk of Court using CM/ECF which will send notification of such filing(s) to all parties to this matter registered for CM/ECF.

    I hereby further certify that on July 2, 2020, I sent a copy of Consumer Financial Protection Bureau's Application for Entry of Default by email to Intervenor Wilmington Trust Company which is agent authorized to accept service on behalf of the Defendants.

Dated: July 2, 2020

                                              /s/ Gabriel Hopkins
                                              Consumer Financial Protection Bureau
                                              1700 G St. NW
                                              Washington, DC 20552
                                              gabriel.hopkins@cfpb.gov

                                              *Attorney for Plaintiff Consumer*
                                              *Financial Protection Bureau*