# EXHIBIT A

**Transcript of June 12, 2020 Status Conference**

13:12:40

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE


CONSUMER FINANCIAL PROTECTION )
BUREAU,                       )
                              )
          Plaintiff,          )
                              ) C.A. No. 17-1323-MN
v.                            )
                              )
THE NATIONAL COLLEGIATE MASTER)
STUDENT TRUST, et al.,        )
                              )
          Defendants.         )


                    Friday, June 12, 2020
                    11:00 a.m.
                    Teleconference

                    844 King Street
                    Wilmington, Delaware


BEFORE:  THE HONORABLE MARYELLEN NOREIKA
         United States District Court Judge


APPEARANCES:


              CONSUMER FINANCIAL PROTECTION BUREAU
              BY:  GABRIEL S.H. HOPKINS, ESQ.
              BY:  JANE PETERSON, ESQ.

                      Counsel for the Plaintiffs


              HEYMAN ENERIO GATTUSO & HIRZEL LLP
              BY:  MELISSA DONIMIRSKI, ESQ.

              -and-

              PATTERSON BELKNAP WEBB & TYLER LLP
              BY:  JOSHUA KIPNEES, ESQ.
              BY:  GEORGE LOBIONDO, ESQ.

                      Counsel for Ambac Assurance
                      Corporation

1    APPEARANCES (Cont'd):

2

3                    VENABLE LLP
                     BY:  DANIEL O'BRIEN, ESQ.
                     BY:  TIFFANY WILLIAMS, ESQ.
4                    BY:  ALLYSON BAKER, ESQ.
                     BY:  MEREDITH BOYLAN, ESQ.
5
                              Counsel for the Defendant
6                             Transworld Systems, Inc.

7

8                    SHAW KELLER LLP
                     BY:  DAVID M. FRY, ESQ.
9
                     -and-
10
                     SULLIVAN & CROMWELL, LLP
11                   BY:  STEPHEN H. MEYER, ESQ.

12                            Counsel for the Defendant
                              U.S. Bank National Association
13

14

15                   BAYARD, P.A.
                     BY:  STEPHEN B. BRAUERMAN, ESQ.
                     BY:  ELIZABETH POWERS, ESQ.
16
                              Counsel for the Defendant
17                            Wilmington Trust Company

18

19                   STEVENS & LEE
                     BY:  NICHOLAS PENNINGTON, ESQ.
20
                     -and-
21
                     ALSTON & BIRD, LLP
22                   BY:  WILLIAM HAO, ESQ.

23                            Counsel for the Defendant
                              GSS Data Services, Inc.
24

25

```
 1    APPEARANCES (Cont'd):

 2

 3             KASOWITZ BENSON TORRES, LLP
             BY:  HENRY BROWNSTEIN, ESQ.
 4             BY:  URI ITKIN, ESQ.

 5                      Counsel for Objecting Noteholders

 6

 7             _ _ _ _ _ _ _ _

 8

 9

10            THE COURT:  Good morning, counsel.  Who is

11    there, please?

12            MS. DONIMIRSKI:  Good morning, Your Honor.

13    Melissa Donimirski of Heyman, Enerio, Gattuso & Hirzel on

14    behalf of Ambac Assurance.  I also have with me, George

15    LoBiondo and Joshua Kipnees from Patterson, Belknap, Webb &

16    Tyler.

17            THE COURT:  Welcome to you.

18            Who else is on the line?

19            MR. HOPKINS:  Good morning, Your Honor.  This is

20    Gabriel Hopkins on behalf of the Consumer Financial

21    Protection Bureau.  I also have my co-counsel, Jane

22    Peterson, the line.

23            THE COURT:  Welcome to you.

24            MR. O'BRIEN:  Good morning, Your Honor.  This is

25    Dan O'Brien from Venable on behalf of Transworld Systems,
```

11:03:53  1    Inc.  With me on the phone today are my colleagues, Tiffany

11:03:57  2    Williams and Meredith Boylan.  And I believe my colleague

11:04:01  3    Allyson Baker will also be joining, if she hasn't already.

11:04:06  4              THE COURT:  Okay.  Welcome.

11:04:09  5              MR. FRY:  Good morning, Your Honor.  This is

11:04:10  6    David Fry from Shaw Keller on behalf of U.S. Bank.  And with

11:04:14  7    me on the line is Steve Meyer of Sullivan & Cromwell.

11:04:19  8              THE COURT:  Welcome to you.

11:04:23  9              MR. BRAUERMAN:  Good morning, Your Honor.  This

11:04:25 10    is Steve Brauerman from Bayard.  I'm joined on the line by

11:04:28 11    my colleague Elizabeth Powers on behalf of Wilmington Trust

11:04:34 12    Company.

11:04:34 13              THE COURT:  Great.  Welcome.

11:04:36 14              Anyone else?

11:04:38 15              MS. PENNINGTON:  Good morning, Your Honor.  It's

11:04:39 16    Nicholas Pennington from Stevens & Lee on behalf of the --

11:04:39 17              MR. HAO:  Good morning, Your Honor.  William Hao

11:04:52 18    from Alston & Bird on behalf of GSS Data Services, Inc.

11:04:55 19              THE COURT:  Okay.  Anyone else?  I apologize, I

11:04:52 20    probably should have had a sheet printed out so I could ask

11:05:02 21    who else is on the line.

11:05:04 22              Anyone?

11:05:10 23              MR. BROWNSTEIN:  Henry Brownstein from Kasowitz

11:05:14 24    Benson on behalf of the Noteholder Group.

11:05:16 25              THE COURT:  Okay.

11:05:19  1          MR. ITKIN:   Uri Itkin from Kasowitz Benson on

11:05:23  2   behalf of the Noteholder Group as well.

11:05:25  3          THE COURT:   Okay.

11:05:30  4          Is there is anyone else?   Someone came on a

11:05:39  5   little late there.   So now what I would ask is that when

11:05:44  6   you -- since we're doing this on the phone, if you start

11:05:48  7   speaking, each time you say your name so that we have it on

11:05:53  8   the record more clearly.

11:05:58  9          So thanks to everyone for getting on the phone

11:06:01 10   with me today.   I wanted to understand what the parties have

11:06:09 11   in mind with respect to the letter that I got about motions

11:06:16 12   to dismiss.   And I understand that if there is a motion to

11:06:23 13   dismiss based on subject matter that you can bring it at any

11:06:27 14   time, but I was expecting that any motions that folks knew

11:06:33 15   about, whether it's 12(b)(1) or 12(b)(6), should be

11:06:39 16   submitted and briefed now so that we can address the issues

11:06:43 17   and get this case moving forward to the extent that the

11:06:48 18   motions are not granted.

11:06:51 19          But I couldn't tell from reading this letter if

11:06:55 20   folks were thinking that they wanted to keep just having

11:06:58 21   serial motions to dismiss, which I got to tell you sounds

11:07:02 22   kind of bad for me.

11:07:03 23          So let me hear -- I think I understand what the

11:07:10 24   Plaintiff's position is on this, but let me hear from the

11:07:16 25   interveners as to what it is that you're thinking.

11:07:26 1          MR. LOBIONDO:  Good morning, Your Honor.  This

11:07:29 2  is George LoBiondo from Patterson Belknap representing

11:07:34 3  Ambac.  We're happy to proceed however the Court wishes to

11:07:38 4  proceed.  We're happy to brief everything right now.  With

11:07:40 5  that said, we think everyone's focus right now, it makes

11:07:44 6  sense for it to be on subject matter jurisdiction.

11:07:47 7  Obviously it's a dispositive issue and if it's decided in

11:07:51 8  our favor, it will end litigation without everybody spending

11:07:55 9  additional time and resources that would be needed to brief

11:07:58 10 other unrelated issues.  Obviously, if there is no subject

11:08:04 11 matter jurisdiction, the Court can't consider other issues

11:08:06 12 like whether the complaint goes to stated claims, so we just

11:08:08 13 thought it would be wasteful to the parties' resources and

11:08:09 14 the Court's time to take those on at this point.

11:08:12 15          There is also a wrinkle in that, you know, the

11:08:15 16 Trust remain and they are unrepresented in the faction and

11:08:20 17 obviously we don't think that stops the covered persons

11:08:22 18 motion from going forward in light of the requirement that

11:08:24 19 the Court consider subject matter jurisdiction at any time,

11:08:28 20 but we just think that's a further reason to prioritize the

11:08:32 21 question of subject matter jurisdiction.

11:08:33 22          And also as the Court I think is aware, Vice

11:08:37 23 Chancellor Slights in Chancery Court is in the process of

11:08:39 24 deciding various contractual issues concerning the Trust and

11:08:42 25 among those issues is how counsel for the Trust can be

retained.  And separately the Diehl parties are currently
working with a mediator, that's former U.S. District Judge
Farnan, to figure out how to get counsel retained for the
Trust in actions like this one where the Trust are
defendants, so that's in process right now.

          So in our view, if the Court thinks it makes
sense for the Trust to have counsel before all Rule 12
motions are considered, then we think it would be better to
have the benefit of Vice Chancellor Slights' ruling and
Judge Farnan's efforts which will allow us to get Trust
counsel retained, but we don't think it is necessary to wait
for that before reaching the subject matter jurisdiction
question, so that's one of the reasons we think it makes
sense to look at subject matter jurisdiction.  But like I
said, we're happy to proceed however the Court prefers.

          Thank you.

          THE COURT:  And I understand.  And I probably
would look at subject matter jurisdiction briefing first,
but it just seems like it drags things out forever if then
we have another round of motions and you don't want to go to
the effort of dealing with discovery in this case.  So I'll
hear from anyone else on that issue, but what I'm thinking
is if I say brief the issues that you want to brief now,
obviously if something else comes up during the case related
to subject matter jurisdiction, you can raise it, but I

11:10:17 1    would prefer that you brief everything that you're aware of

11:10:22 2    now, and we'll deal with what the Defendants want to do when

11:10:28 3    they get counsel.  So that's what I'm thinking.  If anyone

11:10:36 4    wants to try and convince me otherwise, you can, or tell me

11:10:42 5    that that's okay, that would be nice, too.

11:10:50 6              MS. WILLIAMS:  Good morning, Your Honor.  This

11:10:52 7    is Tiffany Williams on behalf of TSI.  We appreciate the

11:10:55 8    time to be heard on this issue.  As articulated in the joint

11:10:59 9    letter, we feel that in the name of expediency and

11:11:02 10   preserving the Court's resources especially now given the

11:11:06 11   climate coupled with the fact that the federal rules and

11:11:10 12   Delaware case law state that a Rule 12(b)(1) motion can be

11:11:14 13   brought at any time, the Court should reserve -- we think

11:11:17 14   that the Court should reserve the immediate briefing

11:11:21 15   schedule to arguments on the subject matter jurisdiction

11:11:23 16   issue to the point that my colleague, George, mentioned at

11:11:29 17   Ambac the subject matter jurisdiction is dispositive and

11:11:32 18   none of the cases that the PCB cite in the joint letter

11:11:36 19   involve circumstances like in this case, mainly in motions

11:11:39 20   to dismiss on subject matter jurisdiction grounds.  Of

11:11:42 21   course TSI is prepared if Your Honor prefers that motions on

11:11:47 22   other grounds be filed now, we would be prepared for that,

11:11:52 23   but it is our position that the Court should hear motions on

11:11:56 24   subject matter jurisdiction now before hearing other motions

11:12:01 25   on other grounds.

11:12:05 1                THE COURT:  Anyone else want to be heard?

11:12:13 2                MR. HOPKINS:  Your Honor, this is Gabriel

11:12:14 3      Hopkins of the Bureau.  I wanted to say just briefly that as

11:12:22 4      you already noted, we agree with the proposal that at least

11:12:26 5      you have outlined so far.  We think that for efficiency sake

11:12:31 6      the arguments that can be made should be made now.

11:12:34 7                THE COURT:  Okay.  And that's what I am going to

11:12:36 8      do.  I am going to order that the parties when you're

11:12:40 9      discussing a briefing schedule for the motions that you

11:12:47 10     file, whatever motions you know of now so that we can get

11:12:53 11     the motions to dismiss decided and if necessary move forward

11:12:57 12     in this case.  It's been pending for a long time and there

11:13:01 13     are, you know, significant issues here and everyone has had

11:13:04 14     the complaint for years so you should know what motions you

11:13:07 15     have.

11:13:07 16                I'm also going to order that the interveners to

11:13:12 17     the extent possible coordinate their filing so that we don't

11:13:19 18     have potentially the same or similar filings on similar

11:13:24 19     grounds from each of the interveners.  If you need to adjust

11:13:29 20     the page limit, you all can talk about that and propose

11:13:32 21     something to us, but I don't want to get a separate 12(b)(6)

11:13:36 22     from every intervener that is based on the same issues.  You

11:13:41 23     guys have done a pretty good job on that with coordinating

11:13:46 24     your arguments in some of the more recent filings and I

11:13:50 25     would ask you to continue doing that with the motions to

11:13:53 1    dismiss.

11:13:57 2            Anything else?

11:14:02 3            MR. MEYER:  Your Honor, this is Steve Meyer from

11:14:05 4    Sullivan & Cromwell for U.S. Bank.  I just wonder if there

11:14:09 5    is some clarification on the obligation or the opportunity

11:14:12 6    for interveners to file answers to the complaint which I

11:14:16 7    think we haven't talked to all of my colleagues, but I would

11:14:20 8    assume that we would -- it makes sense to stay any deadline

11:14:25 9    for filing answers until, you know, all of the motions to

11:14:28 10   dismiss that are to be filed under this process are decided,

11:14:33 11   regardless of whether interveners have joined particular

11:14:40 12   issues, and ask that the Court clarify that.

11:14:46 13           THE COURT:  Let me hear from the Plaintiff on

11:14:49 14   that one.

11:14:53 15           MR. HOPKINS:  Your Honor, this is Gabriel

11:14:55 16   Hopkins on behalf of the Bureau.  To be frank, I don't

11:15:01 17   believe we have a position on that at the time -- you know,

11:15:05 18   at this time.  We have not heard before just now that the

11:15:08 19   interveners had contemplated filing answers.  It's something

11:15:12 20   that we certainly imagined and we're willing to discuss that

11:15:17 21   with interveners, but at the moment I don't yet have an

11:15:22 22   answer for that.

11:15:24 23           THE COURT:  All right.  Well, that sounds good

11:15:26 24   to me.  Why don't you talk about that and see if you can

11:15:32 25   reach an agreement on where that stands.  If you can't, you

11:15:39 1   can let me know and I'll issue a ruling, but it seems like

11:15:45 2   something that you guys can figure out as a matter of

11:15:53 3   practicality.  I'm not sure that it's going to matter if one

11:15:57 4   intervener answers while we have motions to dismiss pending,

11:16:01 5   but maybe there is something there that I'm missing.  So

11:16:09 6   thank you for the suggestion that you talk about it and I

11:16:11 7   think that makes sense.

11:16:13 8            Anything else?

11:16:17 9            MS. WILLIAMS:  Your Honor, this is Tiffany

11:16:20 10  Williams from Venable on behalf of TSI.  We have one

11:16:23 11  question.  Because TSI has now an already docketed motion to

11:16:29 12  dismiss on subject matter jurisdiction grounds, would Your

11:16:32 13  Honor prefer that we resubmit our briefing or is it fine

11:16:35 14  that our motion is already on the docket, especially

11:16:40 15  considering the point that you made of not wanting to have

11:16:44 16  multiple motions to dismiss on similar grounds between the

11:16:47 17  interveners, and if there are some interveners such as Ambac

11:16:52 18  who have already expressed an interest in filing their own

11:16:56 19  motions on the same grounds, we just want a clarification on

11:17:00 20  that point.

11:17:05 21            THE COURT:  Let me take a look at something

11:17:12 22  here.

11:17:12 23            MS. WILLIAMS:  Sure.

11:17:21 24            THE COURT:  Sorry, I'm by myself here, so I

11:17:22 25  don't have as much organization as I usually do.

11:17:32  1          MS. WILLIAMS:  No problem.

11:18:00  2          THE COURT:  So for our purposes, I don't think

11:18:03  3    that it matters to us whether you withdraw that and refile

11:18:10  4    it with the other folks.  I guess I would ask you to talk

11:18:14  5    about it.  If it's just that Ambac would like to submit

11:18:18  6    something saying that they're going to join it, then it's

11:18:23  7    fine to just leave it on the docket.  If they actually want

11:18:28  8    to make different or additional arguments, then I think it

11:18:31  9    would be helpful to us if you would withdraw that motion and

11:18:35 10    refile it with all of the arguments contained in one place.

11:18:40 11    It's just easier for us when we have all of the arguments

11:18:45 12    together and don't have to keep going back and forth between

11:18:48 13    the briefs.

11:18:49 14          MS. WILLIAMS:  Of course, Your Honor.  We will

11:18:51 15    confirm that with the other interveners on that issue and

11:18:55 16    act accordingly.

11:18:56 17          Thank you.

11:18:57 18          THE COURT:  Thank you.  Okay.  Anything else?

11:19:02 19          MR. HOPKINS:  Yes, Your Honor.  This is Gabriel

11:19:04 20    Hopkins for the Bureau.  On this point, a related point to

11:19:07 21    the one Ms. Williams just raised, to the extent that TSI

11:19:12 22    does not withdraw its motion, if there are going to be new

11:19:17 23    motions to be filed by other interveners, is the Court

11:19:21 24    amenable to the Bureau's response, again, subject to

11:19:25 25    agreement amongst the parties to include this in any

11:19:29  1    proposed schedule that we might give you, but would the

11:19:32  2    Court be amenable to the Bureau's opposition to the pending

11:19:35  3    motion to the dismiss be part of -- at the same time this

11:19:40  4    that is, because currently our opposition is on the calendar

11:19:43  5    for a week from today, so I just wanted to clarify if that

11:19:47  6    is something the Court wants us to continue forward with if

11:19:53  7    TSI's motion is not withdrawn or if it would be okay for us

11:19:56  8    to agree to our opposition being included in response to

11:20:00  9    other motions.

11:20:01 10            THE COURT:  I think I would prefer it that you

11:20:06 11    coordinate your response and your opposition be in response

11:20:09 12    to everything, that way you won't be saying the same things

11:20:16 13    over in response to different briefs.  And I think it will

11:20:19 14    make the presentation more efficient and effective.  So yes,

11:20:23 15    please.

11:20:25 16            So I guess what I would ask is that the

11:20:28 17    interveners discuss and figure out what you're going to do

11:20:34 18    with that motion that's pending with TSI's motion that's

11:20:42 19    pending relatively quickly, but if it appears that -- let me

11:20:52 20    start over.  Sorry.  It's an early morning.

11:20:54 21            So I want you to confer and decide what you're

11:20:56 22    going to do with that.  If everyone else is just going to

11:20:59 23    join into that motion with a simple we join it, no

11:21:02 24    additional arguments, that's one thing, you can leave it on

11:21:06 25    the docket.  If other people want to make arguments or

11:21:13 1    different arguments, then I would like you to withdraw it

11:21:16 2    and refile it and then the government's response should be

11:21:19 3    coordinated in response to that.  The government's response

11:21:24 4    should be in response to that coordinated brief.

11:21:27 5              If you're going to leave that brief and whoever

11:21:32 6    is going to join it is going to join it with no additional

11:21:36 7    arguments, then Mr. Hopkins, you can respond to that motion.

11:21:42 8    If you need additional time to respond because of the things

11:21:47 9    that are going on, that's fine, you can just talk with the

11:21:51 10   other parties and see if you can agree to something or you

11:21:58 11   can ask me for additional time if you need additional time.

11:22:01 12             Does that answer the question?

11:22:03 13             MR. HOPKINS:  This is Gabriel Hopkins for the

11:22:06 14   Bureau.  Yes, Your Honor.  Thank you very much.

11:22:08 15             THE COURT:  Okay.  All right.  Thank you,

11:22:11 16   everyone.  I appreciate getting on the phone with me on

11:22:14 17   short notice.  I hope you all stay well and have a good

11:22:17 18   weekend.

19             (Teleconference concluded at 11:22 a.m.)

20

21             I hereby certify the foregoing is a true and
              accurate transcript from my stenographic notes in the proceeding.

22

23                        /s/ Dale C. Hawkins
                         Official Court Reporter
24                         U.S. District Court

25

**/**

**/s** [1] - 14:23

**1**

**11:00** [1] - 1:10
**11:22** [1] - 14:19
**12** [2] - 1:9, 7:7
**12(b)(1** [2] - 5:15, 8:12
**12(b)(6** [2] - 5:15, 9:21
**17-1323-MN** [1] - 1:5

**2**

**2020** [1] - 1:9

**8**

**844** [1] - 1:11

**A**

**a.m** [2] - 1:10, 14:19
**accordingly** [1] - 12:16
**accurate** [1] - 14:21
**act** [1] - 12:16
**actions** [1] - 7:4
**additional** [7] - 6:9, 12:8, 13:24, 14:6, 14:8, 14:11
**address** [1] - 5:16
**adjust** [1] - 9:19
**agree** [3] - 9:4, 13:8, 14:10
**agreement** [2] - 10:25, 12:25
**al** [1] - 1:7
**allow** [1] - 7:10
**ALLYSON** [1] - 2:4
**Allyson** [1] - 4:3
**Alston** [1] - 4:18
**ALSTON** [1] - 2:21
**Ambac** [6] - 1:25, 3:14, 6:3, 8:17, 11:17, 12:5
**amenable** [2] - 12:24, 13:2
**answer** [2] - 10:22, 14:12
**answers** [4] - 10:6, 10:9, 10:19, 11:4
**apologize** [1] - 4:19
**APPEARANCES** [3] - 1:15, 2:1, 3:1
**appreciate** [2] - 8:7, 14:16
**arguments** [10] - 8:15, 9:6, 9:24, 12:8,

12:10, 12:11, 13:24, 13:25, 14:1, 14:7
**articulated** [1] - 8:8
**Association** [1] - 2:12
**assume** [1] - 10:8
**Assurance** [2] - 1:25, 3:14
**aware** [2] - 6:22, 8:1

**B**

**bad** [1] - 5:22
**BAKER** [1] - 2:4
**Baker** [1] - 4:3
**Bank** [3] - 2:12, 4:6, 10:4
**based** [2] - 5:13, 9:22
**BAYARD** [1] - 2:14
**Bayard** [1] - 4:10
**BEFORE** [1] - 1:13
**behalf** [12] - 3:14, 3:20, 3:25, 4:6, 4:11, 4:16, 4:18, 4:24, 5:2, 8:7, 10:16, 11:10
**BELKNAP** [1] - 1:23
**Belknap** [2] - 3:15, 6:2
**benefit** [1] - 7:9
**Benson** [2] - 4:24, 5:1
**BENSON** [1] - 3:3
**better** [1] - 7:8
**between** [2] - 11:16, 12:12
**BIRD** [1] - 2:21
**Bird** [1] - 4:18
**Boylan** [1] - 4:2
**BOYLAN** [1] - 2:4
**Brauerman** [1] - 4:10
**BRAUERMAN** [2] - 2:15, 4:9
**brief** [7] - 6:4, 6:9, 7:23, 8:1, 14:4, 14:5
**briefed** [1] - 5:16
**briefing** [4] - 7:18, 8:14, 9:9, 11:13
**briefly** [1] - 9:3
**briefs** [2] - 12:13, 13:13
**bring** [1] - 5:13
**brought** [1] - 8:13
**BROWNSTEIN** [1] - 3:3, 4:23
**Brownstein** [1] - 4:23
**BUREAU** [2] - 1:3, 1:17
**Bureau** [5] - 3:21, 9:3, 10:16, 12:20, 14:14
**Bureau's** [2] - 12:24, 13:2
**BY** [16] - 1:17, 1:18, 1:21, 1:23, 1:24, 2:3,

2:4, 2:4, 2:8, 2:11, 2:15, 2:15, 2:19, 2:22, 3:3, 3:4

**C**

**C.A** [1] - 1:5
**calendar** [1] - 13:4
**case** [6] - 5:17, 7:21, 7:24, 8:12, 8:19, 9:12
**cases** [1] - 8:18
**certainly** [1] - 10:20
**certify** [1] - 14:21
**Chancellor** [2] - 6:23, 7:9
**Chancery** [1] - 6:23
**circumstances** [1] - 8:19
**cite** [1] - 8:18
**claims** [1] - 6:12
**clarification** [2] - 10:5, 11:19
**clarify** [2] - 10:12, 13:5
**clearly** [1] - 5:8
**climate** [1] - 8:11
**co** [1] - 3:21
**co-counsel** [1] - 3:21
**colleague** [3] - 4:2, 4:11, 8:16
**colleagues** [2] - 4:1, 10:7
**COLLEGIATE** [1] - 1:6
**Company** [2] - 2:17, 4:12
**complaint** [3] - 6:12, 9:14, 10:6
**concerning** [1] - 6:24
**concluded** [1] - 14:19
**confer** [1] - 13:21
**confirm** [1] - 12:15
**consider** [2] - 6:11, 6:19
**considered** [1] - 7:8
**considering** [1] - 11:15
**CONSUMER** [2] - 1:3, 1:17
**Consumer** [1] - 3:20
**Cont'd** [2] - 2:1, 3:1
**contained** [1] - 12:10
**contemplated** [1] - 10:19
**continue** [2] - 9:25, 13:6
**contractual** [1] - 6:24
**convince** [1] - 8:4
**coordinate** [2] - 9:17, 13:11
**coordinated** [2] -

14:3, 14:4
**coordinating** [1] - 9:23
**Corporation** [1] - 1:25
**Counsel** [7] - 1:19, 1:25, 2:5, 2:12, 2:16, 2:23, 3:5
**counsel** [7] - 3:10, 3:21, 6:25, 7:3, 7:7, 7:11, 8:3
**coupled** [1] - 8:11
**course** [2] - 8:21, 12:14
**COURT** [21] - 1:1, 3:10, 3:17, 3:23, 4:4, 4:8, 4:13, 4:19, 4:25, 5:3, 7:17, 9:1, 9:7, 10:13, 10:23, 11:21, 11:24, 12:2, 12:18, 13:10, 14:15
**Court** [17] - 1:14, 6:3, 6:11, 6:19, 6:22, 6:23, 7:6, 7:15, 8:13, 8:14, 8:23, 9:10, 12:23, 13:2, 13:6, 13:4, 14:24
**Court's** [2] - 6:14, 8:10
**covered** [1] - 6:17
**CROMWELL** [1] - 2:10
**Cromwell** [2] - 4:7, 10:4

**D**

**Dale** [1] - 14:23
**Dan** [1] - 3:25
**DANIEL** [1] - 2:3
**Data** [2] - 2:23, 4:18
**David** [1] - 4:6
**DAVID** [1] - 2:8
**deadline** [1] - 10:8
**deal** [1] - 8:2
**dealing** [1] - 7:21
**decide** [1] - 13:21
**decided** [3] - 6:7, 9:11, 10:10
**deciding** [1] - 6:24
**Defendant** [4] - 2:5, 2:12, 2:16, 2:23
**Defendants** [2] - 1:8, 8:2
**defendants** [1] - 7:5
**DELAWARE** [1] - 1:1
**Delaware** [2] - 1:12, 8:12
**Diehl** [1] - 7:1
**different** [3] - 12:8, 13:13, 14:1
**discovery** [1] - 7:21
**discuss** [2] - 10:20,

13:17
**discussing** [1] - 9:9
**dismiss** [5] - 5:12, 5:13, 5:21, 8:20, 9:11, 10:1, 10:10, 11:4, 11:12, 11:16, 13:3
**dispositive** [2] - 6:7, 8:17
**DISTRICT** [2] - 1:1, 1:1
**District** [3] - 1:14, 7:2, 14:24
**docket** [3] - 11:14, 12:7, 13:25
**docketed** [1] - 11:11
**done** [1] - 9:23
**DONIMIRSKI** [2] - 1:21, 3:12
**Donimirski** [1] - 3:13
**drags** [1] - 7:19
**during** [1] - 7:24

**E**

**early** [1] - 13:20
**easier** [1] - 12:11
**effective** [1] - 13:14
**efficiency** [1] - 9:5
**efficient** [1] - 13:14
**effort** [1] - 7:21
**efforts** [1] - 7:10
**ELIZABETH** [1] - 2:15
**Elizabeth** [1] - 4:11
**end** [1] - 6:8
**Enerio** [1] - 3:13
**ENERIO** [1] - 1:20
**especially** [2] - 8:10, 11:14
**ESQ** [17] - 1:17, 1:18, 1:21, 1:23, 1:24, 2:3, 2:3, 2:4, 2:4, 2:8, 2:11, 2:15, 2:15, 2:19, 2:22, 3:3, 3:4
**et** [1] - 1:7
**expecting** [1] - 5:14
**expediency** [1] - 8:9
**expressed** [1] - 11:18
**extent** [3] - 5:17, 9:17, 12:21

**F**

**fact** [1] - 8:11
**faction** [1] - 6:16
**far** [1] - 9:5
**Farnan** [1] - 7:3
**Farnan's** [1] - 7:10
**favor** [1] - 6:8
**federal** [1] - 8:11
**figure** [3] - 7:3, 11:2,

13:17
**file** [2] - 9:10, 10:6
**filed** [3] - 8:22, 10:10, 12:23
**filing** [4] - 9:17, 10:9, 10:19, 11:18
**filings** [2] - 9:18, 9:24
**FINANCIAL** [2] - 1:3, 1:17
**Financial** [1] - 3:20
**fine** [3] - 11:13, 12:7, 14:9
**first** [1] - 7:18
**focus** [1] - 6:5
**folks** [3] - 5:14, 5:20, 12:4
**FOR** [1] - 1:1
**foregoing** [1] - 14:21
**forever** [1] - 7:19
**former** [1] - 7:2
**forth** [1] - 12:12
**forward** [4] - 5:17, 6:18, 9:11, 13:6
**frank** [1] - 10:16
**Friday** [1] - 1:9
**Fry** [1] - 4:6
**FRY** [2] - 2:8, 4:5

**G**

**GABRIEL** [1] - 1:17
**Gabriel** [5] - 3:20, 9:2, 10:15, 12:19, 14:13
**GATTUSO** [1] - 1:20
**Gattuso** [1] - 3:13
**GEORGE** [1] - 1:24
**George** [3] - 3:14, 6:2, 8:16
**given** [1] - 8:10
**government's** [2] - 14:2, 14:3
**granted** [1] - 4:13
**great** [1] - 4:13
**grounds** [7] - 8:20, 8:22, 8:25, 9:19, 11:12, 11:16, 11:19
**Group** [2] - 4:24, 5:2
**GSS** [2] - 2:23, 4:18
**guess** [2] - 12:4, 13:16
**guys** [2] - 9:23, 11:2

**H**

**HAO** [2] - 2:22, 4:17
**Hao** [1] - 4:17
**happy** [3] - 6:3, 6:4, 7:15
**Hawkins** [1] - 14:23
**hear** [5] - 5:23, 5:24, 7:22, 8:23, 10:13

**heard** [3] - 8:8, 9:1, 10:18
**hearing** [1] - 8:24
**helpful** [1] - 12:9
**HENRY** [1] - 3:3
**Henry** [1] - 4:23
**hereby** [1] - 14:21
**Heyman** [1] - 3:13
**HEYMAN** [1] - 1:20
**Hirzel** [1] - 3:13
**HIRZEL** [1] - 1:20
**Honor** [18] - 3:12, 3:19, 3:24, 4:5, 4:9, 4:15, 4:17, 6:1, 8:6, 8:21, 9:2, 10:3, 10:15, 11:9, 11:13, 12:14, 12:19, 14:14
**HONORABLE** [1] - 1:13
**hope** [1] - 14:17
**HOPKINS** [6] - 1:17, 3:19, 9:2, 10:15, 12:19, 14:13
**Hopkins** [6] - 3:20, 9:3, 10:16, 12:20, 14:7, 14:13

**I**

**imagined** [1] - 10:20
**immediate** [1] - 8:14
**IN** [1] - 1:1
**Inc** [4] - 2:6, 2:23, 4:1, 4:18
**include** [1] - 12:25
**included** [1] - 13:8
**interest** [1] - 11:18
**intervener** [2] - 9:22, 11:4
**interveners** [12] - 5:25, 9:16, 9:19, 10:6, 10:11, 10:19, 10:21, 11:17, 12:15, 12:23, 13:17
**involve** [1] - 8:19
**issue** [6] - 6:7, 7:22, 8:8, 8:16, 11:1, 12:15
**issues** [9] - 5:16, 6:10, 6:11, 6:24, 6:25, 7:23, 9:13, 9:22, 10:12
**ITKIN** [2] - 3:4, 5:1
**Itkin** [1] - 5:1

**J**

**Jane** [1] - 3:21
**JANE** [1] - 1:18
**job** [1] - 9:23

**join** [5] - 12:6, 13:23, 14:6
**joined** [2] - 4:10, 10:11
**joining** [1] - 4:3
**joint** [2] - 8:8, 8:18
**JOSHUA** [1] - 1:23
**Joshua** [1] - 3:15
**Judge** [3] - 1:14, 7:2, 7:10
**June** [1] - 1:9
**jurisdiction** [13] - 6:6, 6:11, 6:19, 6:21, 7:12, 7:14, 7:18, 7:25, 8:15, 8:17, 8:20, 8:24, 11:12

**K**

**KASOWITZ** [1] - 3:3
**Kasowitz** [2] - 4:23, 5:1
**keep** [2] - 5:20, 12:12
**KELLER** [1] - 2:8
**Keller** [1] - 4:6
**kind** [1] - 5:22
**King** [1] - 1:11
**Kipnees** [1] - 3:15
**KIPNEES** [1] - 1:23

**L**

**late** [1] - 5:5
**law** [1] - 8:12
**least** [1] - 9:4
**leave** [3] - 12:7, 13:24, 14:5
**LEE** [1] - 2:19
**Lee** [1] - 4:16
**letter** [4] - 5:11, 5:19, 8:9, 8:18
**light** [1] - 6:18
**limit** [1] - 9:20
**line** [5] - 3:18, 3:22, 4:7, 4:10, 4:21
**litigation** [1] - 6:7
**LLP** [7] - 1:20, 1:23, 2:2, 2:8, 2:10, 2:21, 3:3
**LoBiondo** [2] - 3:15, 6:2
**LOBIONDO** [2] - 1:24, 6:1
**look** [3] - 7:14, 7:18, 11:21

**M**

**MARYELLEN** [1] - 1:13

**MASTER** [1] - 1:6
**matter** [16] - 5:13, 6:6, 6:11, 6:19, 6:21, 7:12, 7:14, 7:18, 7:25, 8:15, 8:17, 8:20, 8:24, 11:2, 11:3, 11:12
**matters** [1] - 12:3
**mediator** [1] - 7:2
**Melissa** [1] - 3:13
**MELISSA** [1] - 1:21
**mentioned** [1] - 8:16
**MEREDITH** [1] - 2:4
**Meredith** [1] - 4:2
**MEYER** [2] - 2:11, 10:3
**Meyer** [2] - 4:7, 10:3
**might** [1] - 13:1
**mind** [1] - 5:11
**missing** [1] - 11:5
**moment** [1] - 10:21
**morning** [11] - 3:10, 3:12, 3:19, 3:24, 4:5, 4:9, 4:15, 4:17, 6:1, 8:6, 13:20
**motion** [3] - 5:12, 6:18, 8:12, 11:11, 11:14, 12:9, 12:22, 13:3, 13:7, 13:18, 13:23, 14:7
**motions** [21] - 5:11, 5:14, 5:18, 5:21, 7:8, 7:20, 8:19, 8:21, 8:23, 8:24, 9:9, 9:10, 9:11, 9:14, 9:25, 10:9, 11:4, 11:16, 11:19, 12:23, 13:9
**move** [1] - 9:11
**moving** [1] - 5:17
**MR** [13] - 3:19, 3:24, 4:5, 4:9, 4:17, 4:23, 5:1, 6:1, 9:2, 10:3, 10:15, 12:19, 14:13
**MS** [7] - 3:12, 4:15, 8:6, 11:9, 11:23, 12:1, 12:14
**multiple** [1] - 11:16

**N**

**name** [2] - 5:7, 8:9
**National** [1] - 2:12
**NATIONAL** [1] - 1:6
**necessary** [2] - 7:11, 9:11
**need** [3] - 9:19, 14:8, 14:11
**needed** [1] - 6:9
**new** [1] - 12:22
**nice** [1] - 8:5

**NICHOLAS** [1] - 2:19
**Nicholas** [1] - 4:16
**none** [1] - 8:18
**NOREIKA** [1] - 1:13
**noted** [1] - 9:4
**Noteholder** [2] - 4:24, 5:2
**Noteholders** [1] - 3:5
**notes** [1] - 14:21
**notice** [1] - 14:17

**O**

**O'Brien** [1] - 3:25
**O'BRIEN** [2] - 2:3, 3:24
**Objecting** [1] - 3:5
**obligation** [1] - 10:5
**obviously** [4] - 6:7, 6:10, 6:17, 7:24
**OF** [1] - 1:1
**Official** [1] - 14:23
**one** [8] - 7:4, 7:13, 10:14, 11:3, 11:10, 12:10, 12:21, 13:24
**opportunity** [1] - 10:5
**opposition** [4] - 13:2, 13:4, 13:8, 13:11
**order** [2] - 9:8, 9:16
**organization** [1] - 11:25
**otherwise** [1] - 8:4
**outlined** [1] - 9:5
**own** [1] - 11:18

**P**

**P.A** [1] - 2:14
**page** [1] - 9:20
**part** [1] - 13:3
**particular** [1] - 10:11
**parties** [5] - 5:10, 7:1, 9:8, 12:25, 14:10
**parties'** [1] - 6:13
**PATTERSON** [1] - 1:23
**Patterson** [2] - 3:15, 6:2
**PCB** [1] - 8:18
**pending** [5] - 9:12, 11:4, 13:2, 13:18, 13:19
**PENNINGTON** [2] - 2:19, 4:15
**Pennington** [1] - 4:16
**people** [1] - 13:25
**persons** [1] - 6:17
**Peterson** [1] - 3:22
**PETERSON** [1] - 1:18
**phone** [4] - 4:1, 5:6,

5:9, 14:16
**place** [1] - 12:10
**Plaintiff** [2] - 1:4, 10:13
**Plaintiff's** [1] - 5:24
**Plaintiffs** [1] - 1:19
**point** [6] - 6:14, 8:16, 11:15, 11:20, 12:20
**position** [3] - 5:24, 8:23, 10:17
**possible** [1] - 9:17
**potentially** [1] - 9:18
**POWERS** [1] - 2:15
**Powers** [1] - 4:11
**practicality** [1] - 11:3
**prefer** [3] - 8:1, 11:13, 13:10
**prefers** [2] - 7:15, 8:21
**prepared** [2] - 8:21, 8:22
**presentation** [1] - 13:14
**preserving** [1] - 8:10
**pretty** [1] - 9:23
**printed** [1] - 4:20
**prioritize** [1] - 6:20
**problem** [1] - 12:1
**proceed** [3] - 6:3, 6:4, 7:15
**proceeding** [1] - 14:21
**process** [2] - 6:23, 7:5, 10:10
**proposal** [1] - 9:4
**propose** [1] - 9:20
**proposed** [1] - 13:1
**Protection** [1] - 3:21
**PROTECTION** [2] - 1:3, 1:17
**purposes** [1] - 12:2

## Q

**quickly** [1] - 13:19

## R

**raise** [1] - 7:25
**raised** [1] - 12:21
**reach** [1] - 10:25
**reaching** [1] - 7:12
**reading** [1] - 5:19
**reason** [1] - 6:20
**reasons** [1] - 7:13
**recent** [1] - 9:24
**record** [1] - 5:8
**refile** [3] - 12:3, 12:10, 14:2
**regardless** [1] - 10:11
**related** [2] - 7:24, 12:20

relatively [1] - 13:19
**remain** [1] - 6:16
**Reporter** [1] - 14:23
**representing** [1] - 6:2
**requirement** [1] - 6:18
**reserve** [2] - 8:13, 8:14
**resources** [3] - 6:9, 6:13, 8:10
**respect** [1] - 5:11
**respond** [2] - 14:7, 14:8
**response** [9] - 12:24, 13:8, 13:11, 13:13, 14:2, 14:3, 14:4
**resubmit** [1] - 11:13
**retained** [3] - 7:1, 7:3, 7:11
**round** [1] - 7:20
**Rule** [2] - 7:7, 8:12
**rules** [1] - 8:11
**ruling** [2] - 7:9, 11:1

## S

**S.H** [1] - 1:17
**sake** [1] - 9:5
**schedule** [3] - 8:15, 9:9, 13:1
**see** [2] - 10:24, 14:10
**sense** [5] - 6:6, 7:7, 7:14, 10:8, 11:7
**separate** [1] - 9:21
**separately** [1] - 7:1
**serial** [1] - 5:21
**Services** [2] - 2:23, 4:18
**Shaw** [1] - 4:6
**SHAW** [1] - 2:8
**sheet** [1] - 4:20
**short** [1] - 14:17
**significant** [1] - 9:13
**similar** [3] - 9:18, 11:16
**simple** [1] - 13:23
**Slights** [1] - 6:23
**Slights'** [1] - 7:9
**someone** [1] - 5:4
**sorry** [2] - 11:24, 13:20
**sounds** [2] - 5:21, 10:23
**speaking** [1] - 5:7
**spending** [1] - 6:8
**stands** [1] - 10:25
**start** [2] - 5:6, 13:20
**state** [1] - 8:12
**STATES** [1] - 1:1
**States** [1] - 1:14

**stay** [2] - 10:8, 14:17
**stenographic** [1] - 14:21
**STEPHEN** [2] - 2:11, 2:15
**Steve** [3] - 4:7, 4:10, 10:3
**STEVENS** [1] - 2:19
**Stevens** [1] - 4:16
**stops** [1] - 6:17
**Street** [1] - 1:11
**STUDENT** [1] - 1:7
**subject** [15] - 5:13, 6:6, 6:10, 6:19, 6:21, 7:12, 7:14, 7:18, 7:25, 8:15, 8:17, 8:20, 8:24, 11:12, 12:24
**submit** [1] - 12:5
**submitted** [1] - 5:16
**suggestion** [1] - 11:6
**Sullivan** [2] - 4:7, 10:4
**SULLIVAN** [1] - 2:10
**Systems** [2] - 2:6, 3:25

## T

**Teleconference** [2] - 1:10, 14:19
**THE** [24] - 1:1, 1:1, 1:6, 1:13, 3:10, 3:17, 3:23, 4:4, 4:8, 4:13, 4:19, 4:25, 5:3, 7:17, 9:1, 9:7, 10:13, 10:23, 11:21, 11:24, 12:2, 12:18, 13:10, 14:15
**thinking** [4] - 5:20, 5:25, 7:22, 8:3
**thinks** [1] - 7:6
**Tiffany** [3] - 4:1, 8:7, 11:9
**TIFFANY** [1] - 2:3
**today** [3] - 4:1, 5:10, 13:5
**together** [1] - 12:12
**TORRES** [1] - 3:3
**transcript** [1] - 14:21
**Transworld** [2] - 2:6, 3:25
**true** [1] - 14:21
**Trust** [9] - 2:17, 4:11, 6:16, 6:24, 6:25, 7:4, 7:7, 7:10
**TRUST** [1] - 1:7
**try** [1] - 8:4
**TSI** [5] - 8:7, 8:21, 11:10, 11:11, 12:21
**TSI's** [2] - 13:7, 13:18

**TYLER** [1] - 1:23
**Tyler** [1] - 3:16

## U

**U.S** [5] - 2:12, 4:6, 7:2, 10:4, 14:24
**under** [1] - 10:10
**UNITED** [1] - 1:1
**United** [1] - 1:14
**unrelated** [1] - 6:10
**unrepresented** [1] - 6:16
**up** [1] - 7:24
**Uri** [1] - 5:1
**URI** [1] - 3:4

## V

**various** [1] - 6:24
**VENABLE** [1] - 2:2
**Venable** [2] - 3:25, 11:10
**Vice** [2] - 6:22, 7:9
**view** [1] - 7:6

## W

**wait** [1] - 7:11
**wants** [2] - 8:4, 13:6
**wasteful** [1] - 6:13
**Webb** [1] - 3:15
**WEBB** [1] - 1:23
**week** [1] - 13:5
**weekend** [1] - 14:18
**welcome** [5] - 3:17, 3:23, 4:4, 4:8, 4:13
**WILLIAM** [1] - 2:22
**William** [1] - 4:17
**WILLIAMS** [6] - 2:3, 8:6, 11:9, 11:23, 12:1, 12:14
**Williams** [4] - 4:2, 8:7, 11:10, 12:21
**willing** [1] - 10:20
**Wilmington** [3] - 1:12, 2:17, 4:11
**wishes** [1] - 6:3
**withdraw** [4] - 12:3, 12:9, 12:22, 14:1
**withdrawn** [1] - 13:7
**wonder** [1] - 10:4
**wrinkle** [1] - 6:15

## Y

**years** [1] - 9:14