IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 17-1323-MN |
| THE NATIONAL COLLEGIATE MASTER STUDENT LOAN TRUST, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

# [PROPOSED] STIPULATED ORDER MODIFYING PAGE LIMITS

WHEREAS, on June 17, 2020, the Court entered an Order setting a briefing schedule on the Intervenors' upcoming Rule 12(b) motions (D.I. 293);

WHEREAS, during a June 12, 2020 status conference, the Court further ordered the Intervenors to coordinate their Rule 12(b) briefing to the extent possible;

WHEREAS, during that status conference, the Court recognized that such coordination might require an enlargement of the default page limits for the parties' briefing, and invited the parties to propose such an enlargement if necessary; and

WHEREAS, the parties have conferred and agree that a modest enlargement of the page limits is appropriate;

**IT IS HEREBY ORDERED** that:

1. The page limit for the Intervenors' opening brief in support of their Rule 12(b) motion is enlarged by 10 pages, for a total of 30 pages, exclusive of tables and signatures.

2. The page limit for the CFPB's brief in opposition to the Intervenors' Rule 12(b) motion is enlarged by 10 pages, for a total of 30 pages, exclusive of tables and signatures.

3. The page limit for the Intervenors' reply brief in support of their Rule 12(b) motion is enlarged by 10 pages, for a total of 20 pages, exclusive of tables and signatures.

4. These modifications apply only to briefing on the Intervenors' consolidated Rule 12(b) motion. The page limits relating to Intervenor Transworld Systems, Inc.'s already-filed Rule 12(b)(1) motion to dismiss are unaffected by this Order.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

THOMAS WARD
*Enforcement Director*

DEBORAH MORRIS
*Deputy Enforcement Director*

ALUSHEYI J. WHEELER
*Assistant Litigation Deputy*

 /s/ Gabriel Hopkins
Gabriel Hopkins
gabriel.hopkins@cfpb.gov
Phone: 202-435-7842
Stephen Jacques
stephen.jacques@cfpb.gov
202-435-7368
Jane Peterson
jane.peterson@cfpb.gov
202-435-9740

*Enforcement Attorneys*
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
Facsimile: (202) 435-7722

| | |
|---|---|
| OF COUNSEL:<br><br>Erik Haas<br>Peter W. Tomlinson<br>Joshua Kipnees<br>George A. LoBiondo<br>PATTERSON BELKNAP WEBB & TYLER LLP<br>1133 Avenue of the Americas<br>New York, NY 10036 | */s/ Melissa N. Donimirski*<br>Kurt M. Heyman (No. 3054)<br>Melissa N. Donimirski (No. 4701)<br>HEYMAN ENERIO GATTUSO & HIRZEL LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE 19801<br>(302) 472-7300<br>kheyman@hegh.law<br>mdonimirski@hegh.law<br>*Attorneys for Ambac Assurance Corporation* |
| OF COUNSEL:<br><br>Michael A. Hanin<br>Uri Itkin<br>KASOWITZ BENSON TORRES LLP<br>1633 Broadway<br>New York, NY 10019 | */s/ Catherine A. Gaul*<br>Catherine A. Gaul (No. 4310)<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>cgaul@ashby-geddes.com<br>*Attorneys for Objecting Noteholders* |
| OF COUNSEL:<br><br>John P. Doherty<br>William Hao<br>ALSTON & BIRD LLP<br>90 Park Avenue<br>New York, NY 10016 | */s/ Rebecca L. Butcher*<br>Rebecca L. Butcher (No. 3816)<br>LANDIS RATH & COBB LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801<br>(302) 467-4400<br>butcher@lrclaw.com<br>*Attorneys for GSS Data Services, Inc.* |
| | */s/ Stacey A. Scrivani*<br>Stacey A. Scrivani (No. 6129)<br>STEVENS & LEE, P.C.<br>919 Market Street, Suite 1300<br>Wilmington, DE 19801<br>(302) 425-3306<br>sasc@stevenslee.com<br>Nicholas H. Pennington<br>STEVENS & LEE, P.C.<br>620 Freedom Business Center, Ste 200<br>King of Prussia, PA 19406<br>(610) 205-6352 |

nhp@stevenslee.com
Elizabeth A. Ware
STEVENS & LEE, P.C.
111 N. Sixth Street
Reading, PA 19603
(610) 478-2210
eaw@stevenslee.com
*Attorneys for Pennsylvania Higher Education Assistance Agency d/b/a American Education Services.*

*/s/ Daniel A. O'Brien*
Daniel A. O'Brien (No. 4897)
VENABLE LLP
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
(302) 298-3535
daobrien@venable.com

Allyson B. Baker
Meredith L. Boylan
Sameer P. Sheikh
Katherine M. Wright
Tiffany C. Williams
VENABLE LLP
600 Massachusetts Ave., NW
Washington, DC 20001
(202) 344-4000
ABBaker@venable.com
MLBoylan@venable.com
SPSheikh@venable.com
KMWright@venable.com
TCWilliams@venable.com
*Attorneys for Transworld Systems, Inc.*

*/s/ Elizabeth A. Powers*
Stephen B. Brauerman (No. 4952)
Elizabeth A. Powers (No. 5522)
BAYARD, P.A.
600 N. King Street, Suite 400
Wilmington, DE 19899
(302) 655-5000
sbrauerman@bayardlaw.com
epowers@bayardlaw.com
*Attorneys for Wilmington Trust Company*

| OF COUNSEL: | /s/ David M. Fry |
| | John W. Shaw (No. 3362) |
| Stephen H. Meyer | David M. Fry (No. 5486) |
| SULLIVAN & CROMWELL LLP | I.M. Pei Building |
| 1700 New York Avenue, N.W. | 1105 North Market Street, 12th Floor |
| Suite 700 | Wilmington, DE 19801 |
| Washington, DC 20006 | (302) 298-0700 |
| (202) 956-7605 | jshaw@shawkeller.com |
| meyerst@sullcrom.com | dfry@shawkeller.com |
| | *Attorneys for U.S. Bank National Association* |
| Matthew A. Martel | |
| Joseph B. Sconyers | |
| Keith M. Kollmeyer | |
| JONES DAY | |
| 100 High Street | |
| Boston, MA 02110-1781 | |
| (617) 960-3939 | |
| mmartel@jonesday.com | |
| jsconyers@jonesday.com | |
| kkollmeyer@jonesday.com | |

Dated: July 6, 2020

IT IS SO ORDERED.

DATED:_____                                    _____
                                                                          United States District Judge