IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Plaintiff,<br><br>v.<br><br>THE NATIONAL COLLEGIATE MASTER STUDENT LOAN TRUST, *et al*.,<br><br>Defendants. | ) | C.A. No. 17-1323-MN |

**STIPULATED ORDER MODIFYING PAGE LIMITS**

WHEREAS, on June 17, 2020, the Court entered an Order setting a briefing schedule on the Intervenors' upcoming Rule 12(b) motions (D.I. 293);

WHEREAS, during a June 12, 2020 status conference, the Court further ordered the Intervenors to coordinate their Rule 12(b) briefing to the extent possible;

WHEREAS, during that status conference, the Court recognized that such coordination might require an enlargement of the default page limits for the parties' briefing, and invited the parties to propose such an enlargement if necessary; and

WHEREAS, the parties have conferred and agree that a modest enlargement of the page limits is appropriate;

**IT IS HEREBY ORDERED** that:

1. The page limit for the Intervenors' opening brief in support of their Rule 12(b) motion is enlarged by 10 pages, for a total of 30 pages, exclusive of tables and signatures.

2. The page limit for the CFPB's brief in opposition to the Intervenors' Rule 12(b) motion is enlarged by 10 pages, for a total of 30 pages, exclusive of tables and signatures.

3. The page limit for the Intervenors' reply brief in support of their Rule 12(b) motion is enlarged by 10 pages, for a total of 20 pages, exclusive of tables and signatures.

4. These modifications apply only to briefing on the Intervenors' consolidated Rule 12(b) motion. The page limits relating to Intervenor Transworld Systems, Inc.'s already-filed Rule 12(b)(1) motion to dismiss are unaffected by this Order.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

THOMAS WARD
*Enforcement Director*

DEBORAH MORRIS
*Deputy Enforcement Director*

ALUSHEYI J. WHEELER
*Assistant Litigation Deputy*

*/s/ Gabriel Hopkins*
Gabriel Hopkins
gabriel.hopkins@cfpb.gov
Phone: 202-435-7842
Stephen Jacques
stephen.jacques@cfpb.gov
202-435-7368
Jane Peterson
jane.peterson@cfpb.gov
202-435-9740

*Enforcement Attorneys*
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
Facsimile: (202) 435-7722

OF COUNSEL:

Erik Haas
Peter W. Tomlinson
Joshua Kipnees
George A. LoBiondo
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036

*/s/ Melissa N. Donimirski*
Kurt M. Heyman (No. 3054)
Melissa N. Donimirski (No. 4701)
HEYMAN ENERIO GATTUSO & HIRZEL LLP
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300
kheyman@hegh.law
mdonimirski@hegh.law
*Attorneys for Ambac Assurance Corporation*

OF COUNSEL:

Michael A. Hanin
Uri Itkin
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019

*/s/ Catherine A. Gaul*
Catherine A. Gaul (No. 4310)
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
cgaul@ashby-geddes.com
*Attorneys for Objecting Noteholders*

OF COUNSEL:

John P. Doherty
William Hao
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016

*/s/ Rebecca L. Butcher*
Rebecca L. Butcher (No. 3816)
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
(302) 467-4400
butcher@lrclaw.com
*Attorneys for GSS Data Services, Inc.*

*/s/ Stacey A. Scrivani*
Stacey A. Scrivani (No. 6129)
STEVENS & LEE, P.C.
919 Market Street, Suite 1300
Wilmington, DE 19801
(302) 425-3306
sasc@stevenslee.com
Nicholas H. Pennington
STEVENS & LEE, P.C.
620 Freedom Business Center, Ste 200
King of Prussia, PA 19406
(610) 205-6352

nhp@stevenslee.com
Elizabeth A. Ware
STEVENS & LEE, P.C.
111 N. Sixth Street
Reading, PA 19603
(610) 478-2210
eaw@stevenslee.com
*Attorneys for Pennsylvania Higher Education Assistance Agency d/b/a American Education Services.*

*/s/ Daniel A. O'Brien*
Daniel A. O'Brien (No. 4897)
VENABLE LLP
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
(302) 298-3535
daobrien@venable.com

Allyson B. Baker
Meredith L. Boylan
Sameer P. Sheikh
Katherine M. Wright
Tiffany C. Williams
VENABLE LLP
600 Massachusetts Ave., NW
Washington, DC 20001
(202) 344-4000
ABBaker@venable.com
MLBoylan@venable.com
SPSheikh@venable.com
KMWright@venable.com
TCWilliams@venable.com
*Attorneys for Transworld Systems, Inc.*

*/s/ Elizabeth A. Powers*
Stephen B. Brauerman (No. 4952)
Elizabeth A. Powers (No. 5522)
BAYARD, P.A.
600 N. King Street, Suite 400
Wilmington, DE 19899
(302) 655-5000
sbrauerman@bayardlaw.com
epowers@bayardlaw.com
*Attorneys for Wilmington Trust Company*

*/s/ David M. Fry*
John W. Shaw (No. 3362)
David M. Fry (No. 5486)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
dfry@shawkeller.com
*Attorneys for U.S. Bank National Association*

OF COUNSEL:

Stephen H. Meyer
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W.
Suite 700
Washington, DC 20006
(202) 956-7605
meyerst@sullcrom.com

Matthew A. Martel
Joseph B. Sconyers
Keith M. Kollmeyer
JONES DAY
100 High Street
Boston, MA 02110-1781
(617) 960-3939
mmartel@jonesday.com
jsconyers@jonesday.com
kkollmeyer@jonesday.com

Dated: July 6, 2020

IT IS SO ORDERED this 7th day of July 2020.

Maryellen Noreika

The Honorable Maryellen Noreika
United States District Judge