IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | : | |
| Plaintiff, | : | C.A. No. 17-1323 (MN) |
| v. | : | |
| THE NATIONAL COLLEGIATE MASTER STUDENT LOAN TRUST et al., | : | |
| Defendants. | : | |

**INTERVENORS' MOTION TO DISMISS**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Intervenors[1] hereby move this Court to issue an order dismissing Plaintiff's Complaint with prejudice. This motion is based on the accompanying Opening Brief, the Declaration of Erik Haas and exhibits annexed thereto, all files, papers, and records in this action, and any such additional matters as may be judicially noticed or come before the Court in this matter.

WHEREFORE, for the foregoing reasons and as set forth in Intervenors' accompanying papers, Intervenors respectfully request that the Court grant this motion and dismiss the complaint with prejudice.

[1] Intervenors refers to Ambac Assurance Corporation ("Ambac"), Wilmington Trust Company; and Pennsylvania Higher Education Assistance Agency d/b/a American Education Services.

DATED: July 10, 2020

/s/ Melissa N. Donimirski
Kurt M. Heyman (No. 3054)
Melissa N. Donimirski (No. 4701)
HEYMAN ENERIO GATTUSO & HIRZEL LLP
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300
kheyman@hegh.law
mdonimirski@hegh.law
*Attorneys for Ambac Assurance Corporation*

OF COUNSEL:
Erik Haas
Peter W. Tomlinson
Joshua Kipnees
George A. LoBiondo
Jared S. Buszin
Devon Hercher
Peter Shakro
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036

/s/ Stacey A. Scrivani
Stacey A. Scrivani (No. 6129)
STEVENS & LEE, P.C.
919 Market Street, Suite 1300
Wilmington, DE 19801
(302) 425-3006
sasc@stevenslee.com

*Attorneys for Pennsylvania Higher Education Assistance Agency d/b/a American Education Services.*

OF COUNSEL:
Nicholas H. Pennington
STEVENS & LEE, P.C.
620 Freedom Business Center, Ste 200
King of Prussia, PA 19406
(610) 205-6352
nhp@stevenslee.com

Elizabeth A. Ware
STEVENS & LEE, P.C.
111 N. Sixth Street
Reading, PA 19603
(610) 478-2210
eaw@stevenslee.com

/s/ Stephen B. Brauerman
Stephen B. Brauerman (No. 4952)
Jason C. Jowers (No. 4721)
Elizabeth A. Powers (No. 5522)
BAYARD, P.A.
600 N. King Street, Suite 400
Wilmington, DE 19899
(302) 655-5000
sbrauerman@bayardlaw.com
sbussiere@bayardlaw.com
*Attorneys for Wilmington Trust Company*