IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | : | |
| | : | C.A. No. 17-1323 (MN) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| THE NATIONAL COLLEGIATE MASTER STUDENT LOAN TRUST et al., | : | |
| | : | |
| Defendants. | : | |

**DECLARATION OF ERIK HAAS IN SUPPORT OF
INTERVENORS' MOTION TO CONTINUE SEAL**

I, ERIK HAAS, declare as follows:

1.      I am a member of the law firm of Patterson Belknap Webb & Tyler LLP, counsel for Ambac Assurance Corp. ("Ambac") in the above-captioned action.

2.      I have reviewed the redacted portions of Intervenors' Opening Brief in Support of Their Motion to Dismiss Under Fed. R. Civ. P. 12(b)(6) and 12(b)(1) ("Motion to Dismiss") and the accompanying exhibits to the July 10, 2020 supporting Declaration of Erik Haas ("Haas Declaration").  D.I. 334, 335, 336, 337, 338.

3.      Exhibits 3–5 to the Haas Declaration are documents that were designated confidential by the following parties that produced them during the course of discovery:  the Consumer Financial Protection Bureau ("CFPB") and Wilmington Trust Company.[1]  Public dissemination of these documents would place Intervenors in violation of the Protective Order

---

[1] Exhibit 1, the Special Servicing Agreement ("SSA"), was designated as Confidential upon production, but the producing party, Wilmington Trust Company, has agreed that maintaining the Confidentiality designation is unnecessary.

governing discovery and disclosures in this action, (D.I. 131).  Exhibit 2 is the Default Prevention and Collection Services Agreement ("DPCSA"), dated March 1, 2009, and its amendments dated May 1, 2009, June 15, 2012, and June 21, 2012.  TSI has designated the DCSPA and its amendments as Confidential pursuant to the Protective Order.

4. An index in support of Intervenors' Motion to Continue Seal, which is attached hereto as Exhibit A, describes each exhibit and identifies the party that designated the exhibit as confidential.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 24, 2020

_____
Erik Haas

# EXHIBIT A

| Exhibits Filed Under Seal | | | |
|---|---|---|---|
| Exhibit | Description | Bates Stamp(s) | Designating Party/Non-Party |
| 2 | Default Prevention and Collection Services Agreement dated March 1, 2009 as amended | N/A | Transworld Systems Inc. |
| 3 | Letter from Edward Keefe, of CFPB, to Wilmington Trust Company dated September 4, 2014 | WTC_CFPB_00000103 – 0150 | Wilmington Trust Company |
| 4 | Email from Edward Keefe, of CFPB, to Dorri Costello, of Wilmington Trust Company, dated May 9, 2016. | WTC_CFPB_00000035 | Wilmington Trust Company |
| 5 | Letter and enclosed submission from James Kosch of McCarter & English, to Edward Keefe, of CFPB, dated May 31, 2016. | CFPB-INTV-0003355 – 3373 | CFPB |