IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | : : : | C.A. No. 17-1323 (MN) |
| Plaintiff, | : : | |
| v. | : : | |
| THE NATIONAL COLLEGIATE MASTER STUDENT LOAN TRUST et al., | : : : | |
| Defendants. | : | |

**ORDER**

Upon application of Intervenors[1] and for good cause shown,

IT IS HEREBY ORDERED this  31st  day of   July  , 2020, that Exhibits 2–5 to the July 10, 2020 Haas Declaration (D.I. 335, 336, 337, 338), and the redacted portions of the Intervenors' Opening Brief in Support of Their Motion to Dismiss Under Fed. R. Civ. P. 12(b)(6) and 12(b)(1) (D.I. 334), filed in the above-captioned matter shall remain under seal.

*Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge

---

[1] "Intervenors" refers to Ambac Assurance Corporation; Pennsylvania Higher Education Assistance Agency d/b/a American Education Services; and Wilmington Trust Company.