IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | : | |
| Plaintiff, | : | C.A. No. 17-1323 (MN) |
| v. | : | |
| THE NATIONAL COLLEGIATE MASTER STUDENT LOAN TRUST et al., | : | |
| Defendants. | : | |

**REQUEST FOR ORAL ARGUMENT**

Pursuant to D. Del. Local Rule 7.1.4, Intervenors,[1] by and through their undersigned counsel, hereby respectfully request oral argument regarding Intervenor's Motion to Dismiss (D.I. 300).

*/s/ Melissa N. Donimirski*
Kurt M. Heyman (No. 3054)
Melissa N. Donimirski (No. 4701)
HEYMAN ENERIO GATTUSO & HIRZEL LLP
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300
kheyman@hegh.law
mdonimirski@hegh.law
*Attorneys for Ambac Assurance Corporation*

OF COUNSEL:

Erik Haas
Peter W. Tomlinson
Joshua Kipnees
George A. LoBiondo
Jared S. Buszin
Devon Hercher
Peter Shakro
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036

[1] Intervenors refers to Ambac Assurance Corporation ("Ambac"), Wilmington Trust Company; and Pennsylvania Higher Education Assistance Agency d/b/a American Education Services.

*/s/ Stacey A. Scrivani*
Stacey A. Scrivani (No. 6129)
STEVENS & LEE, P.C.
919 Market Street, Suite 1300
Wilmington, DE 19801
(302) 425-3306
sasc@stevenslee.com

*Attorneys for Pennsylvania Higher Education Assistance Agency d/b/a American Education Services.*

OF COUNSEL:

Nicholas H. Pennington
STEVENS & LEE, P.C.
620 Freedom Business Center, Ste 200
King of Prussia, PA 19406
(610) 205-6352
nhp@stevenslee.com

Elizabeth A. Ware
STEVENS & LEE, P.C.
111 N. Sixth Street
Reading, PA 19603
(610) 478-2210
eaw@stevenslee.com

*/s/ Stephen B. Brauerman*
Stephen B. Brauerman (No. 4952)
Jason C. Jowers (No. 4721)
Elizabeth A. Powers (No. 5522)
BAYARD, P.A.
600 N. King Street, Suite 400
Wilmington, DE 19899
(302) 655-5000
sbrauerman@bayardlaw.com
sbussiere@bayardlaw.com
*Attorneys for Wilmington Trust Company*

Dated: August 28, 2020