**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| Consumer Financial Protection Bureau,<br><br>Plaintiff,<br><br>v.<br><br>The National Collegiate Master Student Loan Trust, *et al*.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 17-01323-MN |

**<u>TRANSWORLD SYSTEMS, INC.'s APPLICATION FOR ORAL ARGUMENT</u>**

Pursuant to D. Del. Local Rule 7.1.4, Intervenor Transworld Systems, Inc. ("TSI"), hereby submits this application for oral argument on TSI's Motion to Dismiss for Lack of Subject Matter Jurisdiction (D.I. 242).

Dated: August 28, 2020

Respectfully submitted,

*<u>/s/ Daniel A. O'Brien</u>*

Daniel A. O'Brien (No. 4897)
VENABLE LLP
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Phone: (302) 298-3523
Fax: (302) 298-3550
daobrien@venable.com

-and-

OF COUNSEL

Allyson B. Baker (*pro hac vice*)
Meredith L. Boylan (*pro hac vice*)
Sameer P. Sheikh (*pro hac vice*)
Tiffany C. Williams (*pro hac vice*)
VENABLE LLP
600 Massachusetts Ave., NW
Washington, DC 20001
Phone: (202) 344-4000
Fax: (202) 344-8300
ABBaker@venable.com
MLBoylan@venable.com
SPSheikh@venable.com
TCWilliams@Venable.com

*Counsel for Intervenor Transworld Systems Inc.*

**CERTIFICATE OF SERVICE**

I, Daniel A. O'Brien, hereby certify that on this 28th day of August, 2020, a copy of the foregoing document was electronically filed with the court and served via CM/ECF, on parties with counsel of record identified on the Court's docket.

*/s/ Daniel A. O'Brien*
Daniel A. O'Brien (No. 4897)