# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Consumer Financial Protection Bureau,            ) | |
| )        | |
| Plaintiff,            ) | |
| )        | C.A. No. 1:17-cv-01323-MN |
| v.            ) | |
| )        | |
| The National Collegiate Master Student            ) | |
| Loan Trust, *et al.*,            ) | |
| )        | |
| Defendants.            ) | |

## ORDER

Upon application of Plaintiff Consumer Financial Protection Bureau ("Bureau") and for good cause shown,

IT IS HEREBY ORDERED this __9th__ day of __September__, 2020, that the redacted portions of the Bureau's Opposition to Intervenor Transworld Systems Inc.'s Motion to Dismiss and Intervenors Ambac Assurance Corp., Wilmington Trust Co., and Pennsylvania Higher Education Assistance Agency's Motion to Dismiss, D.I. 319, filed in the above-captioned matter, shall remain under seal.

_____
The Honorable Maryellen Noreika
United States District Judge