**HEYMAN ENERIO GATTUSO & HIRZEL LLP**
PRACTICING THE ART OF LAW

300 Delaware Avenue • Suite 200 • Wilmington, Delaware 19801
Tel: (302) 472 7300 • Fax: (302) 472.7320 • www.hegh.law

DD:   (302) 472-7314
Email:   mdonimirski@hegh.law

January 19, 2021

**VIA CM-ECF**
The Honorable Maryellen Noreika
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

Re:   *CFPB v. NCMSLT et al.*, No. 17 Civ. 1323 (D. Del.)

Dear Judge Noreika:

We write on behalf of Intervenors Ambac Assurance Corporation, Wilmington Trust Company, and Pennsylvania Higher Education Assistance Agency (collectively, "Intervenors") to respectfully request permission for two attorneys to present argument on Intervenors' behalf at the telephonic hearing scheduled for January 26, 2021. The Court granted a similar request made by Plaintiff Consumer Financial Protection Bureau ("CFPB") for permission for two attorneys to present argument on the CFPB's behalf. (D.I. 338, 339).

The Intervenors likewise respectfully request permission for two attorneys to present argument on Intervenors' Motion to Dismiss (D.I. 300, 301, 325). As the CFPB noted in its request, Intervenors' Motion to Dismiss contains discrete arguments concerning the implications of the Supreme Court's decision in *Seila Law v. CFPB*, as well as multiple other arguments for dismissal. The Intervenors propose that George LoBiondo of Patterson Belknap Webb & Tyler LLP ("Patterson Belknap") address issues relating to the *Seila Law* decision and the CFPB's Notice of Ratification (D.I. 308), and Joshua Kipnees of Patterson Belknap address all other issues raised in Intervenors' Motion to Dismiss (D.I. 300, 301, 325). Dividing argument in this manner would allow the Intervenors, like the CFPB, to ensure that they are prepared to address the complete range of issues presented by the parties' briefs and would not unduly complicate the proceedings.

We thank the Court for its consideration of this request and are available to answer any questions that the Court may have.

Respectfully submitted,

*/s/ Melissa N. Donimirski*

Melissa N. Donimirski (#4701)

MND/ram
cc:   All Counsel of Record (via CM-ECF)