**VENABLE** LLP

1201 NORTH MARKET STREET   SUITE 1400   WILMINGTON, DE 19801
T 302.298.3535   F 302.298.3550   www.Venable.com

January 20, 2021

T 302.298.3523
F 302.298.3550
DAO'Brien@Venable.com

**VIA E-FILE**
The Honorable Maryellen Noreika
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

Re:   *Consumer Financial Protection Bureau v. The National Collegiate Master Student Loan Trust, et al.*, **C.A. No. 17-cv-1323 (MN)**

Dear Judge Noreika:

We respectfully submit this letter on behalf of Transworld Systems, Inc. ("TSI") to confirm that TSI intends to present argument on its Motion to Dismiss (D.I. 242, 243, 323) at the telephonic oral argument scheduled for January 26, 2021 at 1 p.m. EST. Allyson Baker of Venable LLP will address all issues raised in TSI's Motion to Dismiss.

If Your Honor has any questions, we are available at the convenience of the Court.

Respectfully submitted,

By: /s/ *Daniel A. O'Brien*
    Daniel A. O'Brien (No. 4897)

cc:   All counsel of record (via ECF)