# LANDIS RATH & COBB LLP
### A LIMITED LIABILITY PARTNERSHIP
#### ATTORNEYS AT LAW

919 MARKET STREET, SUITE 1800
P.O. BOX 2087
WILMINGTON, DELAWARE 19899
www.lrclaw.com

Rebecca L. Butcher
Direct Dial: (302) 467-4415
Email: butcher@lrclaw.com

Telephone: (302) 467-4400
Facsimile: (302) 467-4450

February 10, 2021

**VIA ECF**

The Honorable Maryellen Noreika
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

RE: *Consumer Financial Protection Bureau v. The National Collegiate Master Student Loan Trust, et al.*, Case No. 17-cv-1323

Dear Judge Noreika:

I write on behalf of Intervenor GSS Data Services, LLC, in its capacity as Administrator for the Defendant Trusts (the "Administrator") in follow up to my letter dated February 5, 2021 (ECF No. 347; the "February 5 Letter") to provide a further update about the retention of counsel to represent the Trusts in the above-referenced matter.

On February 5, 2021, the firm of Pinckney, Weidinger, Urban & Joyce LLC (the "Pinckney Firm") entered its appearance on behalf of certain[1] of the Defendant Trusts in this action. ECF No. 346. On February 10, 2021, the Pickney Firm entered its appearance on behalf of each of the remaining Defendant Trusts.[2] ECF No. 349. Each of the Defendant Trusts are now represented by the Pickney Firm in this action.

Respectfully submitted,

*/s/ Rebecca L. Butcher*

Rebecca L. Butcher (No. 3816)

RLB/lmr
cc: All Counsel of Record (via CM/ECF)

---

[1] National Collegiate Student Loan Trust ("NCSLT") 2006-1, 2006-2, 2006-3, 2006-4, 2007-1, 2007-2, 2007-3, 2007-4, and National Collegiate Master Student Loan Trust.

[2] NCSLT 2003-1, 2004-1, 2004-2, 2005-1, 2005-2, and 2005-3.

{W0064113.}