## **CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2021, I electronically filed Plaintiff's First Amended Complaint and a redlined version of the same with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to all parties to this matter registered for CM/ECF.

Dated: April 30, 2021

/s/ Gabriel Hopkins
Gabriel Hopkins
Consumer Financial Protection Bureau
1700 G St. NW
Washington, DC 20552
gabriel.hopkins@cfpb.gov
202-435-7842

*Attorney for Plaintiff*
*Consumer Financial Protection Bureau*