IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 17-1323-MN ) |
| THE NATIONAL COLLEGIATE MASTER STUDENT LOAN TRUST, *et al.*, | ) ) ) |
| Defendants. | ) |

**[PROPOSED] STIPULATED ORDER GOVERNING MOTIONS TO DISMISS
PLAINTIFF'S AMENDED COMPLAINT**

WHEREAS, on March 26, 2021, the Court dismissed Plaintiff's complaint with leave to amend (D.I. 360);

WHEREAS, on April 30, 2021, Plaintiff filed an amended complaint (D.I. 362);

WHEREAS, Plaintiff, Defendants, and Intervenors (the "Parties") have conferred and reached agreement on a proposed briefing schedule for motions to dismiss Plaintiff's amended complaint;

WHEREAS, the Parties further agree that by entering this stipulation, Plaintiff is not waiving its right to challenge the Intervenors' standing to further participate in this action, and does not concede that Intervenors have standing to do so;

**IT IS HEREBY ORDERED** that:

1. Motions to dismiss Plaintiff's amended complaint will be filed on or before May 21, 2021.

2. Plaintiff's opposition to the motions to dismiss will be filed on or before June 11, 2021.

3. Reply briefs in further support of any motions to dismiss will be filed on or before June 25, 2021.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: May 10, 2021

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

Cara M. Petersen
*Acting Enforcement Director*

Deborah Morris
*Deputy Enforcement Director*

/s/ Gabriel Hopkins
Gabriel Hopkins
gabriel.hopkins@cfpb.gov
Phone: 202-435-7842
Stephen Jacques
stephen.jacques@cfpb.gov
202-435-7368
Tiffany Hardy
tiffany.hardy@cfpb.gov
202-435-9375

*Enforcement Attorneys*
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
Facsimile: (202) 435-7722


/s/ Michael A. Weidinger
Michael A. Weidinger (No. 3330)
Megan Ix Brison (No. 6721)
PINCKNEY, WEIDINGER, URBAN & JOYCE
2 Mill Road, Suite 2014
Wilmington, DE 19806
(302) 504-1497
mweidinger@pwujlaw.com
mixbrison@pwujlaw.com
*Attorneys for Defendants*

2

| | |
|---|---|
| OF COUNSEL:<br>Joshua Kipnees<br>George A. LoBiondo<br>PATTERSON BELKNAP WEBB & TYLER LLP<br>1133 Avenue of the Americas<br>New York, NY 10036 | /s/ Melissa N. Donimirski<br>Kurt M. Heyman (No. 3054)<br>Melissa N. Donimirski (No. 4701)<br>HEYMAN ENERIO GATTUSO & HIRZEL LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE 19801<br>(302) 472-7300<br>kheyman@hegh.law<br>mdonimirski@hegh.law<br>*Attorneys for Ambac Assurance Corporation* |
| OF COUNSEL:<br>Michael A. Hanin<br>Uri Itkin<br>KASOWITZ BENSON TORRES LLP<br>1633 Broadway<br>New York, NY 10019 | /s/ Catherine A. Gaul<br>Catherine A. Gaul (No. 4310)<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>cgaul@ashby-geddes.com<br>*Attorneys for Objecting Noteholders* |
| OF COUNSEL:<br>John P. Doherty<br>William Hao<br>ALSTON & BIRD LLP<br>90 Park Avenue<br>New York, NY 10016 | /s/ Rebecca L. Butcher<br>Rebecca L. Butcher (No. 3816)<br>LANDIS RATH & COBB LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801<br>(302) 467-4400<br>butcher@lrclaw.com<br>*Attorneys for GSS Data Services LLC* |
| | /s/ Stacey A. Scrivani<br>Stacey A. Scrivani (No. 6129)<br>STEVENS & LEE, P.C.<br>919 Market Street, Suite 1300<br>Wilmington, DE 19801<br>(302) 425-3306<br>sasc@stevenslee.com |

Nicholas H. Pennington
STEVENS & LEE, P.C.
620 Freedom Business Center, Ste 200
King of Prussia, PA 19406
(610) 205-6352
nhp@stevenslee.com

Elizabeth A. Ware
STEVENS & LEE, P.C.
111 N. Sixth Street
Reading, PA 19603
(610) 478-2210
eaw@stevenslee.com
*Attorneys for Pennsylvania Higher Education Assistance Agency d/b/a American Education Services.*


*/s/ Daniel A. O'Brien*
Daniel A. O'Brien (No. 4897)
VENABLE LLP
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
(302) 298-3535
daobrien@venable.com

Allyson B. Baker
Meredith L. Boylan
Sameer P. Sheikh
Katherine M. Wright
Tiffany C. Williams
VENABLE LLP
600 Massachusetts Ave., NW
Washington, DC 20001
(202) 344-4000
ABBaker@venable.com
MLBoylan@venable.com
SPSheikh@venable.com
KMWright@venable.com
TCWilliams@venable.com
*Attorneys for Transworld Systems, Inc.*

|  |  |
|---|---|
|  | */s/ Stephen B. Brauerman*<br>Stephen B. Brauerman (No. 4952)<br>Elizabeth A. Powers (No. 5522)<br>BAYARD, P.A.<br>600 N. King Street, Suite 400<br>Wilmington, DE 19899<br>(302) 655-5000<br>sbrauerman@bayardlaw.com<br>epowers@bayardlaw.com<br>*Attorneys for Wilmington Trust Company* |
| OF COUNSEL:<br><br>Stephen H. Meyer<br>SULLIVAN & CROMWELL LLP<br>1700 New York Avenue, N.W.<br>Suite 700<br>Washington, DC 20006<br>(202) 956-7605<br>meyerst@sullcrom.com<br><br>Matthew A. Martel<br>Joseph B. Sconyers<br>Keith M. Kollmeyer<br>JONES DAY<br>100 High Street<br>Boston, MA 02110-1781<br>(617) 960-3939<br>mmartel@jonesday.com<br>jsconyers@jonesday.com<br>kkollmeyer@jonesday.com | */s/ Jeff Castellano*<br>John W. Shaw (No. 3362)<br>Jeff Castellano (No. 4837)<br>David M. Fry (No. 5486)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>jcastellano@shawkeller.com<br>dfry@shawkeller.com<br>*Attorneys for U.S. Bank National Association* |

IT IS SO ORDERED.


DATED:_____                    _____
                                      United States District Judge