IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | : : : : | |
| Plaintiff, | : : | C.A. No. 17-1323 (MN) |
| v. | : : | |
| THE NATIONAL COLLEGIATE MASTER STUDENT LOAN TRUST et al., | : : : | |
| Defendants. | : | |

**DEFENDANTS' AND INTERVENORS'
MOTION TO DISMISS THE AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants and Intervenors[1] (together, "Movants") hereby move this Court to issue an order dismissing Plaintiff's Amended Complaint with prejudice. This motion is based on the accompanying Opening Brief, all files, papers, and records in this action, and any such additional matters as may be judicially noticed or come before the Court in this matter.

WHEREFORE, for the foregoing reasons and as set forth in Movants' accompanying papers, Movants respectfully request that the Court grant this motion and dismiss the Amended Complaint with prejudice.

---

[1] Intervenors refers to Ambac Assurance Corporation ("Ambac"); Wilmington Trust Company; Pennsylvania Higher Education Assistance Agency d/b/a American Education Services; and Transworld Systems, Inc.

DATED: May 21, 2021

/s/ *Michael A. Weidinger*
Michael A. Weidinger (No. 3330)
Megan Ix Brison (No. 6721)
PINCKNEY, WEIDINGER, URBAN & JOYCE
2 Mill Road, Suite 204
Wilmington, DE 19806
(302) 504-1497
mweidinger@pwujlaw.com
mixbrison@pwujlaw.com
*Attorneys for Defendants*

OF COUNSEL:
Joshua Kipnees
George A. LoBiondo
Devon Hercher
Peter Shakro
Jonah Wacholder
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
jkipnees@pbwt.com
globiondo@pbwt.com
dhercher@pbwt.com
pshakro@pbwt.com
jwacholder@pbwt.com

/s/ *Melissa N. Donimirski*
Kurt M. Heyman (No. 3054)
Melissa N. Donimirski (No. 4701)
HEYMAN ENERIO GATTUSO & HIRZEL LLP
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300
kheyman@hegh.law
mdonimirski@hegh.law
*Attorneys for Ambac Assurance Corporation*

/s/ *Stacey A. Scrivani*
Stacey A. Scrivani (No. 6129)
STEVENS & LEE, P.C.
919 Market Street, Suite 1300
Wilmington, DE 19801
(302) 425-3006
sasc@stevenslee.com

*Attorneys for Pennsylvania Higher Education Assistance Agency d/b/a American Education Services.*

3

/s/ Daniel A. O'Brien
Daniel A. O'Brien (Bar No. 4897)
Allyson B. Baker (*pro hac vice*)
Meredith L. Boylan (*pro hac vice*)
VENABLE LLP
1201 N. Market Street, Suite 1400
Wilmington, Delaware 19801
(302) 298-3535

*Attorneys for Transworld Systems Inc.*

/s/ Stephen B. Brauerman
Stephen B. Brauerman (No. 4952)
BAYARD, P.A.
600 N. King Street, Suite 400
Wilmington, DE 19899
(302) 655-5000
sbrauerman@bayardlaw.com

*Attorneys for Wilmington Trust Company*