UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

CCO-055

No. 21-8011

Consumer Financial Protection Bureau

v.

Navient Corporation; Navient Solutions, Inc..; Pioneer Credit Recovery, Inc., Petitioners

(M.D. Pa. No. 3-17-cv-00101)

Present: RESTREPO, MATEY and SCIRICA, Circuit Judges

1. Petition for Permission to Appeal under 28 U.S.C. Section 1292(b) filed by Petitioners Navient Corp., Navient Solutions Inc. and Pioneer Credit Recovery, Inc

Respectfully,
Clerk/sb

_____ORDER_____

The foregoing Petition for Permission to Appeal under 28 U.S.C. Section 1292(b) filed by Petitioners Navient Corp., Navient Solutions Inc. and Pioneer Credit Recovery, Inc. is denied.

By the Court,

s/ Paul B. Matey
Circuit Judge

Dated: July 12, 2021
Sb/cc: All Counsel of Record

A True Copy:

Patricia S. Dodszuweit, Clerk