IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____

CONSUMER FINANCIAL PROTECTION BUREAU

V.

NATIONAL COLLEGIATE STUDENT LOAN TRUST ET AL.

Civil Action No. 1:17-CV-01323

_____

**DESIGNATION OF CIRCUIT JUDGE
TO HOLD A DISTRICT COURT WITHIN THE CIRCUIT**

_____

Pursuant to 28 U.S.C. § 291(b), and finding that it is in the public interest to do so, I hereby designate and assign the Honorable Stephanos Bibas of the Court of Appeals for such a period as is necessary for the disposition of the above-entitled matter.

> s/ D. Brooks Smith
> D. Brooks Smith, Chief Judge
> United States Court of Appeals
> For the Third Circuit

Dated:  October 1, 2021