IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CONSUMER FINANCIAL
PROTECTION BUREAU,

*Plaintiff*,

v.

NATIONAL COLLEGIATE MASTER
STUDENT LOAN TRUST et al.

*Defendants*.

No. 1:17-cv-1323-SB

### ORDER

1. I **DENY** Defendants' Motion to Dismiss [D.I. 366]. The CFPB may proceed with its enforcement suit.

2. I **ORDER** the parties to confer and submit a proposed scheduling order by Monday, January 3, 2022. The scheduling order must follow this template: https://www.ded.uscourts.gov/sites/ded/files/Scheduling%20Order.pdf.

Dated: December 13, 2021

_____
UNITED STATES CIRCUIT JUDGE