IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | : |
| | : |
| Plaintiff, | : C.A. No. 17-cv-1323-SB |
| | : |
| v. | : |
| | : |
| THE NATIONAL COLLEGIATE MASTER STUDENT LOAN TRUST et al., | : |
| | : |
| Defendants. | : |

**DEFENDANTS' AND INTERVENORS'**
**MOTION FOR CERTIFICATION AND STAY**

Pursuant to 28 U.S.C. § 1292(b), Defendants and Intervenors[1] (together, "Movants") hereby move this Court for an order certifying for interlocutory appeal the Court's December 13, 2021 order denying Movants' motion to dismiss Plaintiff Consumer Financial Protection Bureau's amended complaint (D.I. 380), and for a stay of the above-captioned action pending resolution of the interlocutory appeal. This motion is based on the accompanying brief in support, all files, papers, and records in this action, and any such additional matters as may be judicially noticed or come before the Court in this matter.

WHEREFORE, for the foregoing reasons and as set forth in Movants' accompanying papers, Movants respectfully request that the Court grant this motion, certify the December 13, 2021 order for interlocutory appeal, and stay proceedings in this action pending resolution of the appeal.

---

[1] Intervenors refers to Ambac Assurance Corp.; Transworld Systems, Inc.; and Wilmington Trust Company. TSI joins in this motion for certification but only as to the Court's ruling on the "covered persons" issue.

DATED: December 23, 2021

        */s/ Michael A. Weidinger*
Michael A. Weidinger (No. 3330)
Megan Ix Brison (No. 6721)
PINCKNEY, WEIDINGER, URBAN & JOYCE
2 Mill Road, Suite 204
Wilmington, DE 19806
(302) 504-1497
mweidinger@pwujlaw.com
mixbrison@pwujlaw.com
*Attorneys for Defendants*

OF COUNSEL:

Joshua Kipnees
George A. LoBiondo
Devon Hercher
Peter Shakro
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036

        */s/ Melissa N. Donimirski*
Melissa N. Donimirski (No. 4701)
HEYMAN ENERIO GATTUSO & HIRZEL LLP
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300
mdonimirski@hegh.law
*Attorneys for Ambac Assurance Corp.*

        */s/ Elizabeth A. Powers*
Stephen B. Brauerman (No. 4952)
Elizabeth A. Powers (No. 5522)
BAYARD, P.A.
600 N. King Street, Suite 400
Wilmington, DE 19899
(302) 655-5000
EPowers@bayardlaw.com
SBrauerman@bayardlaw.com
*Attorneys for Wilmington Trust Company*

/s/Daniel A. O'Brien
Daniel A. O'Brien (No. 4897)
VENABLE LLP
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
(302) 298-3535
daobrien@venable.com
*Attorneys for Transworld Systems, Inc*

CO-COUNSEL:

Allyson B. Baker
Meredith L. Boylan
Sameer P. Sheikh
PAUL HASTINGS LLP
2050 M St., NW
Washington, DC 20036
(202) 551-1700
AllysonBaker@paulhastings.com
MeredithBoylan@paulhastings.com
SameerSheikh@paulhastings.com