**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| Consumer Financial Protection Bureau, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>The National Collegiate Master Student )<br>Loan Trust, *et al*. )<br>)<br>Defendants. ) | C.A. No. 17-01323-SB |

**NOTICE OF WITHDRAWAL OF ATTORNEY**

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 83.7, Katherine M. Wright of Venable LLP hereby withdraws as counsel for Intervenor Transworld Systems, Inc. ("TSI"). This notice is not intended to affect the appearance of undersigned counsel, who will continue to serve as counsel for TSI.

Dated: December 28, 2021

                                                                    **VENABLE LLP**

**OF COUNSEL**

Allyson B. Baker
Meredith Boylan
**PAUL HASTINGS LLP**
2050 M Street NW
Washington, DC 20036
Phone: (202) 551-1700
Fax: (202) 551-1750
allysonbaker@paulhastings.com
meredithboylan@paulhastings.com

 /s/ *Daniel A. O'Brien*
Daniel A. O'Brien (No. 4897)
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Phone: (302) 298-3523
Fax: (302) 298-3550
DAO'Brien@venable.com

*Counsel for Intervenor Transworld Systems Inc.*

**CERTIFICATE OF SERVICE**

I, Daniel A. O'Brien, hereby certify that on this 28th day of December, 2021, a copy of the foregoing document was electronically filed with the court and served via CM/ECF, on parties with counsel of record identified on the Court's docket.

                                              */s/ Daniel A. O'Brien*
                                              Daniel A. O'Brien (No. 4897)