IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CONSUMER FINANCIAL
PROTECTION BUREAU,

*Plaintiff*,

v.

NATIONAL COLLEGIATE MASTER
STUDENT LOAN TRUST et al.

*Defendants*.

No. 1:17-cv-1323-SB

## ORDER

1. I **GRANT** Defendants' Motion to Certify an Interlocutory Appeal [D.I. 383]. I thus certify the following two questions to the United States Court of Appeals for the Third Circuit:

   - Under the Consumer Financial Protection Act, are the defendant Trusts "covered persons" subject to the Consumer Financial Protection Bureau's enforcement authority?

   - After *Collins v. Yellen*, 141 S. Ct. 1761 (2021), did the Bureau need to ratify this suit before the statute of limitations ran out, having first filed it while the Bureau's director was improperly insulated from presidential removal?

2. I **STAY** this case pending the Defendants' interlocutory appeal to the Third Circuit.

Dated: February 11, 2022

_____
UNITED STATES CIRCUIT JUDGE