IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. 17-1323 (SB) |
| | : |
| THE NATIONAL COLLEGIATE MASTER STUDENT LOAN TRUST et al., | : |
| | : |
| Defendants. | : |

## NOTICE OF WITHDRAWAL OF COUNSEL

Please withdraw the appearance of Jared Buszin on behalf of Ambac Assurance Corporation ("Ambac") in the above-captioned action. Ambac will continue to be represented by the law firms of Heyman Enerio Gattuso & Hirzel LLP and Patterson Belknap Webb & Tyler LLP.

| OF COUNSEL: | /s/ Melissa N. Donimirski |
|---|---|
| | Kurt M. Heyman (No. 3054) |
| | Melissa N. Donimirski (No. 4701) |
| Peter W. Tomlinson | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
| Joshua Kipnees | 300 Delaware Avenue, Suite 200 |
| George A. LoBiondo | Wilmington, DE 19801 |
| Devon Hercher | (302) 472-7300 |
| Peter Shakro | kheyman@hegh.law |
| PATTERSON BELKNAP WEBB & TYLER LLP | mdonimirski@hegh.law |
| 1133 Avenue of the Americas | *Attorneys for Ambac Assurance* |
| New York, NY 10036 | *Corporation* |

Dated: May 26, 2022