IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 17-1323-SB ) |
| THE NATIONAL COLLEGIATE MASTER STUDENT LOAN TRUST, *et al.*, | ) ) ) |
| Defendants. | ) ) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that Keith Kollmeyer of Jones Day, previously admitted *pro hac vice* on October 11, 2017 (D.I. 38), hereby withdraws as counsel for U.S. Bank National Association. Pursuant to D. Del. LR 83.7, U.S. Bank National Association continues to be represented by John W. Shaw of Shaw Keller LLP, Stephen H. Meyer of Sullivan & Cromwell LLP, with Matthew Martel and Joseph B. Sconyers of Jones Day.

OF COUNSEL:
Stephen H. Meyer
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, DC 20006
(202) 956-7605

Matthew Martel
Joseph B. Sconyers
JONES DAY
100 High Street, 21st Floor
Boston, MA 02110
(617) 960-3939

/s/ John W. Shaw
John W. Shaw (No. 3362)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
*Attorneys for U.S. Bank National Association*

Dated: January 13, 2023