IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. 17-1323 (SB) |
| | : |
| THE NATIONAL COLLEGIATE MASTER STUDENT LOAN TRUST et al., | : |
| | : |
| Defendants. | : |

## NOTICE OF WITHDRAWAL OF COUNSEL

Please withdraw the appearance of Melissa N. Donimirski on behalf of Ambac Assurance Corporation ("Ambac") in the above-captioned action. Pursuant to D. Del. LR 83.7, Ambac will continue to be represented by the law firms of Heyman Enerio Gattuso & Hirzel LLP and Patterson Belknap Webb & Tyler LLP.

OF COUNSEL:

Peter W. Tomlinson
Joshua Kipnees
George A. LoBiondo
Devon Hercher
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036

Dated: July 31, 2023

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

*/s/ Kurt M. Heyman*
Kurt M. Heyman (No. 3054)
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300
kheyman@hegh.law
*Attorneys for Ambac Assurance Corporation*