IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>*Plaintiff*,<br><br>v.<br><br>NATIONAL COLLEGIATE MASTER STUDENT LOAN TRUST, *et al.*,<br><br>*Defendants*. | Case No. 17-cv-01323-SB |

**STIPULATION AND ORDER HOLDING PLAINTIFF'S MOTION TO <u>STRIKE INTERVENORS' ANSWERS</u> IN ABEYANCE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for all parties,[1] subject to the approval of the Court and for good cause shown, that Plaintiff the Consumer Protection Bureau ("CFPB")'s Motion to Strike Answers of Intervening Parties ("Motion"), Dkt. 410, shall be held in abeyance based on the following:

1. On March 25, 2024, CFPB moved the Court to strike all answers filed by intervenors in this action and to exclude intervenors from further participation in this litigation. *See* Dkt. 410.

2. On March 28, 2024, the Court issued an oral order, Dkt. 423, directing intervenors to file any response to the Motion by April 5, 2024.

---

[1] By entering into this stipulation, no party waives its right to seek an additional stay pending further appellate proceedings, or to assert that the mandate must issue before jurisdiction is returned to this Court.

3. On April 3, 2024, the parties met and conferred and agreed that the Motion should be held in abeyance while the parties engage in settlement discussions, as referenced in the Joint Scheduling Order entered on March 28, 2024, Dkt. 412.

4. If the parties do not seek a further stay or adjournment of case deadlines by or before April 22, 2024, the Motion shall be deemed reinstated on April 22, 2024, and any response(s) to the Motion shall be due on April 29, 2024.

Pursuant to District of Delaware Local Rule 16.4(b), the undersigned counsel certify that their clients have been sent a copy of this stipulation.

Dated: April 4, 2024
Respectfully submitted,

    Eric Halperin
    *Enforcement Director*

    Deborah Morris
    *Deputy Enforcement Director*

    /s/ *Gabriel Hopkins*
    Gabriel Hopkins
    gabriel.hopkins@cfpb.gov
    Phone: 202-435-7842
    Stephen Jacques
    stephen.jacques@cfpb.gov
    202-435-7368
    Tiffany Hardy
    tiffany.hardy@cfpb.gov
    202-435-9375

    *Enforcement Attorneys*
    CONSUMER FINANCIAL PROTECTION BUREAU
    1700 G Street NW
    Washington, DC 20552
    Facsimile: (202) 435-7722

    *Attorneys for Plaintiff Bureau of Consumer Financial Protection*

|  |  |
|---|---|
|  | /s/ *Michael A. Weidinger* |
|  | Michael A. Weidinger (No. 3330) |
|  | Megan Ix Brison |
|  | PINCKNEY, WEIDINGER, |
|  | URBAN & JOYCE, LLC |
|  | 2 Mill Road, Suite 204 |
|  | Wilmington, DE 19806 |
|  | T: (302) 504-1528 |
|  | F: (302) 442-7046 |
|  | mweidinger@pwujlaw.com |
|  | mixbrison@pwujlaw.com |
|  |  |
|  | *Attorneys for Defendants* |
|  |  |
| OF COUNSEL: | /s/ *Kurt M. Heyman* |
| Joshua Kipnees | Kurt M. Heyman (No. 3054) |
| George A. LoBiondo | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
| PATTERSON BELKNAP WEBB & TYLER | 300 Delaware Avenue, Suite 200 |
| 1133 Avenue of the Americas | Wilmington, DE 19801 |
| New York, NY 10036 | (302) 472-7300 |
|  | kheyman@hegh.law |
|  |  |
|  | *Attorneys for Ambac Assurance Corporation* |
|  |  |
| OF COUNSEL: | /s/ *Catherine A. Gaul* |
| Michael A. Hanin | Catherine A. Gaul (No. 4310) |
| KASOWITZ BENSON TORRES LLP | ASHBY & GEDDES |
| 1633 Broadway | 500 Delaware Avenue, 8th Floor |
| New York, NY 10019 | P.O. Box 1150 |
|  | Wilmington, DE 19899 |
|  | (302) 654-1888 |
|  | cgaul@ashby-geddes.com |
|  |  |
|  | *Attorneys for Noteholders* |
|  |  |
| OF COUNSEL: | /s/ *Rebecca L. Butcher* |
| John P. Doherty | Rebecca L. Butcher (No. 3816) |
| William Hao | LANDIS RATH & COBB LLP |
| ALSTON & BIRD LLP | 919 Market Street, Suite 1800 |
| 90 Park Avenue | Wilmington, DE 19801 |
| New York, NY 10016 | (302) 467-4400 |
|  | butcher@lrclaw.com |
|  |  |
|  | *Attorneys for GSS Data Services, LLC* |

3

|  |  |
|---|---|
|  | /s/ *Stephen B. Brauerman* |
|  | Stephen B. Brauerman (No. 4952) |
|  | Elizabeth A. Powers (No. 5522) |
|  | BAYARD, P.A. |
|  | 600 N. King Street, Suite 400 |
|  | Wilmington, DE 19899 |
|  | (302) 655-5000 |
|  | sbrauerman@bayardlaw.com |
|  | epowers@bayardlaw.com |
|  |  |
|  | *Attorneys for Wilmington Trust Company* |
| OF COUNSEL: | /s/ *Nathan R. Hoeschen* |
| Stephen H. Meyer | John W. Shaw (No. 3362) |
| SULLIVAN & CROMWELL LLP | Nathan R. Hoeschen (No. 6232) |
| 1700 New York Avenue, N.W. | SHAW KELLER LLP |
| Suite 700 | I.M. Pei Building |
| Washington, DC 20006 | 1105 North Market Street, 12th Floor |
| (202) 956-7605 | Wilmington, DE 19801 |
| meyerst@sullcrom.com | (302) 298-0700 |
|  | jshaw@shawkeller.com |
|  | nhoeschen@shawkeller.com |
| Matthew A. Martel |  |
| Joseph B. Sconyers | *Attorneys for U.S. Bank National Association* |
| JONES DAY |  |
| 100 High Street |  |
| Boston, MA 02110-1781 |  |
| (617) 960-3939 |  |
| mmartel@jonesday.com |  |
| jsconyers@jonesday.com |  |
|  |  |
| OF COUNSEL: | /s/ *Daniel A. O'Brien* |
| Allyson B. Baker (pro hac vice) | VENABLE LLP |
| Meredith L. Boylan (pro hac vice) | Daniel A. O'Brien (No. 4897) |
| PAUL HASTINGS | 1201 N. Market Street, Suite 1400 |
| 2050 M Street NW | Wilmington, DE 19801 |
| Washington, DC 20036 | (302) 298-3535 |
| (202) 551-1700 | DAObrien@venable.com |
| allysonbaker@paulhastings.com |  |
| meredithboylan@paulhastings.com |  |
|  | *Attorneys for Transworld Systems, Inc.* |

/s/ *Stacey A. Scrivani*
Stacey A. Scrivani (No. 6129)
STEVENS & LEE, P.C.
919 Market Street, Suite 1300
Wilmington, DE 19801
(302) 425-3306
sasc@stevenslee.com

*Attorneys for Pennsylvania Higher Education Assistance Agency d/b/a American Education Services*

It is SO ORDERED, this 5th day of April 2024.

_____
UNITED STATES CIRCUIT JUDGE

5