IN THE UNITED STATES COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, <br><br>*Plaintiff*, <br><br>v. <br><br>NATIONAL COLLEGIATE MASTER STUDENT LOAN TRUST, *et al.*, <br><br>*Defendants*. | Case No. 17-cv-01323-SB |

**STIPULATION AND ORDER CONTINUING ADJOURNMENT OF SCHEDULING ORDER DEADLINES AND CONTINUING TO HOLD IN ABEYANCE PLAINTIFF'S MOTION TO STRIKE INTERVENORS' ANSWERS**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for all parties,[1] subject to the approval of the Court and for good cause shown, that (A) the deadlines set forth in the Joint Scheduling Order ("Scheduling Order"), Dkt. 412, shall be further adjourned until May 20, 2024; and (B) Plaintiff Consumer Financial Protection Bureau ("Bureau")'s Motion to Strike Answers of Intervening Parties ("Motion"), Dkt. 410, shall continue to be held in abeyance until May 20, 2024, based on the following:

1. On March 28, 2024, the Court issued a Scheduling Order that set deadlines for the litigation of this case but which adjourned those deadlines until April 22, 2024, to allow the parties to engage in settlement discussions. The Order directed the parties to submit an updated Scheduling Order by April 22, 2024, if the parties did not intend to continue

---

[1] By entering into this stipulation, no party waives its right to seek an additional stay pending further appellate proceedings, or to assert that the mandate must issue before jurisdiction is returned to this Court.

settlement discussions. On April 22, 2024, the parties informed the Court that they were engaged in substantive settlement discussions and sought additional time to continue those discussions. The Court issued an order that same day adjourning the Scheduling Order deadlines until May 6, 2024 ("Order Staying Deadlines"). Since the Court issued that order, the parties have continued to engage in substantive settlement discussions and believe it would be fruitful to continue those discussions. For these reasons, the parties seek another adjournment of the Scheduling Order deadlines until May 20, 2024.

2. On March 25, 2024, the Bureau moved the Court to strike all answers filed by intervenors in this action and to exclude intervenors from further participation in this litigation. Dkt. 410. On April 5, 2024, the Court issued an order that held the motion in abeyance, stating that the motion would be reinstated on April 22, 2024, if the parties did not seek a further stay or adjournment of the Scheduling Order deadlines. Dkt. 415. On April 22, 2024, the parties informed the Court that they were engaged in substantive settlement discussions and sought additional time to continue those discussions. The Court Order Staying Deadlines, issued that same day, continued to hold the Bureau's motion in abeyance until May 6, 2024. Since the court issued that order, the parties have continued to engage in substantive settlement discussions and believe it would be fruitful to continue those discussions. For these reasons, the parties request that the Court continue to hold the Bureau's motion in abeyance until May 20, 2024.

3. If the parties do not seek a further adjournment of the Scheduling Order deadlines by May 20, 2024,

    a. they shall submit an updated Scheduling Order to the Court by that date that is consistent with the timelines set forth in the March 28, 2024 Scheduling Order; and

    b. the Motion shall be deemed reinstated on that date, and any response(s) to the Motion shall be due on May 28, 2024.

Pursuant to District of Delaware Local Rule 16.4(b), the undersigned counsel certify that their clients have been sent a copy of this stipulation.

Dated: May 6, 2024

Respectfully submitted,

Eric Halperin
*Enforcement Director*

Deborah Morris
*Deputy Enforcement Director*

| | |
|---|---|
| /s/ Stephen Jacques | /s/ Michael A. Weidinger |
| Stephen Jacques | Michael A. Weidinger (No. 3330) |
| stephen.jacques@cfpb.gov | Megan Ix Brison |
| 202-435-7368 | PINCKNEY, WEIDINGER, |
| Gabriel Hopkins | URBAN & JOYCE, LLC |
| gabriel.hopkins@cfpb.gov | 2 Mill Road, Suite 204 |
| 202-435-7842 | Wilmington, DE 19806 |
| Tiffany Hardy | T: (302) 504-1528 |
| tiffany.hardy@cfpb.gov | F: (302) 442-7046 |
| 202-435-9375 | mweidinger@pwujlaw.com |
| | mixbrison@pwujlaw.com |
| *Enforcement Attorneys* | |
| CONSUMER FINANCIAL PROTECTION BUREAU | *Attorneys for Defendants* |
| 1700 G Street NW | |
| Washington, DC 20552 | |
| Facsimile: 202-435-7722 | |

*Attorneys for Plaintiff Consumer Financial Protection Bureau*

| | |
|---|---|
| OF COUNSEL:<br>Joshua Kipnees<br>George A. LoBiondo<br>PATTERSON BELKNAP WEBB & TYLER<br>1133 Avenue of the Americas<br>New York, NY 10036 | /s/ Kurt M. Heyman<br>Kurt M. Heyman (No. 3054)<br>HEYMAN ENERIO GATTUSO & HIRZEL LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE 19801<br>(302) 472-7300<br>kheyman@hegh.law<br><br>*Attorneys for Ambac Assurance Corporation* |
| OF COUNSEL:<br>Michael A. Hanin<br>KASOWITZ BENSON TORRES LLP<br>1633 Broadway<br>New York, NY 10019 | /s/ Catherine A. Gaul<br>Catherine A. Gaul (No. 4310)<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>cgaul@ashby-geddes.com<br><br>*Attorneys for Noteholders* |
| OF COUNSEL:<br>John P. Doherty<br>William Hao<br>ALSTON & BIRD LLP<br>90 Park Avenue<br>New York, NY 10016 | /s/ Rebecca L. Butcher<br>Rebecca L. Butcher (No. 3816)<br>LANDIS RATH & COBB LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801<br>(302) 467-4400<br>butcher@lrclaw.com<br><br>*Attorneys for GSS Data Services, LLC*<br><br>/s/ Stephen B. Brauerman<br>Stephen B. Brauerman (No. 4952)<br>Elizabeth A. Powers (No. 5522)<br>BAYARD, P.A.<br>600 N. King Street, Suite 400<br>Wilmington, DE 19899<br>(302) 655-5000<br>sbrauerman@bayardlaw.com<br>epowers@bayardlaw.com<br><br>*Attorneys for Wilmington Trust Company* |

| | |
|---|---|
| OF COUNSEL:<br>Stephen H. Meyer<br>SULLIVAN & CROMWELL LLP<br>1700 New York Avenue, N.W.<br>Suite 700<br>Washington, DC 20006<br>(202) 956-7605<br>meyerst@sullcrom.com<br><br>Matthew A. Martel<br>Joseph B. Sconyers<br>JONES DAY<br>100 High Street<br>Boston, MA 02110-1781<br>(617) 960-3939<br>mmartel@jonesday.com<br>jsconyers@jonesday.com | /s/ Nathan R. Hoeschen (No. 3362)<br>John W. Shaw (No. 3362)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>nhoeschen@shawkeller.com<br><br>*Attorneys for U.S. Bank National Association* |
| OF COUNSEL:<br>Allyson B. Baker (pro hac vice)<br>Meredith L. Boylan (pro hac vice)<br>PAUL HASTINGS<br>2050 M Street NW<br>Washington, DC 20036<br>(202) 551-1700<br>allysonbaker@paulhastings.com<br>meredithboylan@paulhastings.com | /s/ Daniel A. O'Brien<br>VENABLE LLP<br>Daniel A. O'Brien (No. 4897)<br>1201 N. Market Street, Suite 1400<br>Wilmington, DE 19801<br>(302) 298-3535<br>DAObrien@venable.com<br><br>*Attorneys for Transworld Systems, Inc.* |
| | /s/ Stacey A. Scrivani<br>Stacey A. Scrivani (No. 6129)<br>STEVENS & LEE, P.C.<br>919 Market Street, Suite 1300<br>Wilmington, DE 19801<br>(302) 425-3306<br>sasc@stevenslee.com<br><br>*Attorneys for Pennsylvania Higher Education Assistance Agency d/b/a American Education Services* |

It is **SO ORDERED**, this 7th day of May 2024.

_____
UNITED STATES CIRCUIT JUDGE