OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

May 29, 2024

Randall C. Lohan
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N King Street
Wilmington, DE 19801

RE: Consumer Financial Protection Bureau v. National Collegiate Master Student Loan Trust, et al
Case Number: 22-1864
District Court Case Number: 1-17-cv-01323

Dear District Clerk:

Enclosed herewith is the certified judgment together with copy of the opinion in the above-captioned case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment shows costs taxed, if any.

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: s/ Kirsi
Case Manager
267-299-4911

cc: Francis J. Aul, Esq.
    Allyson B. Baker, Esq.
    Meredith L. Boylan, Esq.
    Megan Ix Brison, Esq.
    Rebecca L. Butcher, Esq.

Jennifer L. Cree, Esq.
Jonathan Y. Ellis, Esq.
Kevin E. Friedl, Esq.
Nicholas J. Giles, Esq.
Ellen V. Holloman, Esq.
Sarah A. Hunger, Esq.
Joshua A. Kipnees, Esq.
George A. LoBiondo, Esq.
R. Trent McCotter, Esq.
Stephen M. Nickelsburg, Esq.
Rachel Rodman, Esq.
Benjamin J. Roesch, Esq.
Sameer P. Sheikh, Esq.
Michael A. Weidinger, Esq.