IN THE UNITED STATES COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONSUMER FINANCIAL ) <br> PROTECTION BUREAU, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> NATIONAL COLLEGIATE MASTER ) <br> STUDENT LOAN TRUST, *et al.*, ) <br> ) <br> *Defendants*. ) <br> ) | Case No. 17-cv-01323-SB |

## JOINT MOTION FOR ENTRY OF STIPULATED FINAL JUDGMENT AND ORDER

Plaintiff Consumer Financial Protection Bureau ("Bureau") and Defendants National Collegiate Master Student Loan Trust, National Collegiate Student Loan Trust 2003-1, National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2005-2, National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2006-3, National Collegiate Student Loan Trust 2006-4, National Collegiate Student Loan Trust 2007-1, National Collegiate Student Loan Trust 2007-2, National Collegiate Student Loan Trust 2007-3, National Collegiate Student Loan Trust 2007-4 (collectively, "Defendants") hereby jointly and respectfully request that this Court enter the attached proposed Stipulated Final Judgment and Order ("Proposed Order") resolving this matter. Defendants' joining of this Motion for Entry of Stipulated Final Judgment and Order is subject to the timing request set forth in Defendants' Response filed simultaneously with this Joint Motion.

Defendants have agreed to the terms and entry of the Proposed Order, without further adjudication of any issue of fact or law, to settle and resolve all matters in dispute arising from the conduct alleged in the First Amended Complaint (D.I. 362). Entry of the Proposed Order would be in the public interest.

Dated: January 16, 2025

Respectfully submitted,

Eric Halperin
*Enforcement Director*

Deborah Morris
*Deputy Enforcement Director*

| | |
|---|---|
| /s/ Stephen Jacques | /s/ Michael A. Weidinger |
| Stephen Jacques | Michael A. Weidinger (No. 3330) |
| stephen.jacques@cfpb.gov | Megan Ix Brison |
| 202-435-7368 | PINCKNEY, WEIDINGER, |
| Tiffany Hardy | URBAN & JOYCE, LLC |
| tiffany.hardy@cfpb.gov | 2 Mill Road, Suite 204 |
| 202-435-9375 | Wilmington, DE 19806 |
| Joseph Lake | T: (302) 504-1528 |
| joseph.lake@cfpb.gov | F: (302) 442-7046 |
| 202-893-8760 | mweidinger@pwujlaw.com |
| | mixbrison@pwujlaw.com |
| *Enforcement Attorneys* | |
| CONSUMER FINANCIAL PROTECTION BUREAU | OF COUNSEL: |
| 1700 G Street NW | Joshua Kipnees |
| Washington, DC 20552 | George A. LoBiondo |
| Facsimile: 202-435-7722 | Peter W. Tomlinson |
| | Jonah Wacholder |
| *Attorneys for Plaintiff* | PATTERSON BELKNAP WEBB & TYLER |
| *Consumer Financial Protection Bureau* | 1133 Avenue of the Americas |
| | New York, NY 10036 |
| | |
| | *Attorneys for Defendants* |