# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | Case No. 17-1323-SB |
| Plaintiff, | |
| v. | |
| THE NATIONAL COLLEGIATE STUDENT LOAN TRUST 2003-1, THE NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-1, THE NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-2, THE NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-1, THE NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-2, THE NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-3, THE NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-1, THE NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-2, THE NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-3, THE NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-4, THE NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-1, THE NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-2, THE NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-3, and THE NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-4, | |
| Defendants. | |

## SCHEDULING ORDER WITH RESPECT TO JOINT MOTION TO APPROVE PROPOSED STIPULATED ORDER

The parties have filed a joint motion for entry of a stipulated final judgment and order

(the "Motion"). The Defendants The National Collegiate Master Student Loan Trust, National

Collegiate Student Loan Trust 2003-1, National Collegiate Student Loan Trust 2004-1, National

Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2005-1, National

Collegiate Student Loan Trust 2005-2, National Collegiate Student Loan Trust 2005-3, National

Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-2, National

Collegiate Student Loan Trust 2006-3, National Collegiate Student Loan Trust 2006-4, National

Collegiate Student Loan Trust 2007-1, National Collegiate Student Loan Trust 2007-2, National

Collegiate Student Loan Trust 2007-3, and National Collegiate Student Loan Trust 2007-4

(collectively, the "Trusts") have joined in the Motion subject to the entry of a scheduling order

allowing for a limited period of time in which objections to the Proposed Stipulated Judgment,

and any responses thereto, may be filed before the Court decides the Motion.

      Upon consideration of the Trusts' request, the Court adopts the following schedule with

respect to the Motion:

1. Any objections to the Trusts' Proposed Stipulated Judgment shall be filed on or
   before February 17, 2025.
2. Any responses to an objection to the Trusts' Proposed Stipulated Judgment shall be
   filed on or before February 24, 2025.

      SO ORDERED.

 

_____

United States Circuit Court Judge

DATED: January 21, 2025