# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | :    Civil Action No. 1:17-cv-01323-SB <br> : |
| THE NATIONAL COLLEGIATE MASTER STUDENT LOAN TRUST et al., | : <br> : <br> : |
| Defendants. | : |

## NOTICE OF WITHDRAWAL OF *PRO HAC VICE* APPEARANCE

PLEASE TAKE NOTICE that George A. LoBiondo, Esquire hereby withdraws his appearance as counsel for The National Collegiate Master Student Loan Trust, The National Collegiate Student Loan Trust 2003-1, The National Collegiate Student Loan Trust 2004-1, The National Collegiate Student Loan Trust 2004-2, The National Collegiate Student Loan Trust 2005-1, The National Collegiate Student Loan Trust 2005-2, The National Collegiate Student Loan Trust 2005-3, The National Collegiate Student Loan Trust 2006-1, The National Collegiate Student Loan Trust 2006-2, The National Collegiate Student Loan Trust 2006-3, The National Collegiate Student Loan Trust 2006-4, The National Collegiate Student Loan Trust 2007-1, The National Collegiate Student Loan Trust 2007-2, The National Collegiate Student Loan Trust 2007-3, and The National Collegiate Student Loan Trust 2007-4 in the above captioned case, and request that he be removed from any applicable service lists in the case. The other Patterson Belknap Webb & Tyler LLP attorneys will remain in the case.

| | |
|---|---|
| Dated: February 6, 2025 | PINCKNEY, WEIDINGER, URBAN & JOYCE LLC |
| | |
| | */s/ Michael A. Weidinger* |
| | Michael A. Weidinger (#3330) |
| | Megan Ix Brison (#6721) |
| OF COUNSEL: | 2 Mill Road, Suite 204 |
| | Wilmington, Delaware 19806 |
| PATTERSON BELKNAP WEBB & TYLER LLP | Tel: (302) 504-1497 |
| | Email: mweidinger@pwujlaw.com |
| Peter W. Tomlinson | mixbrison@pwujlaw.com |
| Joshua Kipnees | |
| 1133 Avenue of the Americas | |
| New York, NY 10036 | *Attorneys for Defendants* |