# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL COLLEGIATE MASTER STUDENT LOAN TRUST, et al.,<br><br>Defendants. | Case No. 17-1323-SB |

## DECLARATION OF JOSHUA KIPNEES

Pursuant to 28 U.S.C. § 1746, I, Joshua Kipnees, declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

1. I am a partner at Patterson Belknap Webb & Tyler LLP ("PBWT"), counsel to Defendants in this action. I submit this declaration in support of Defendants' Response to the Objections to the Joint Motion for Entry of the Stipulated Order and Judgment. Unless otherwise noted, all capitalized terms referenced in this declaration have the same meaning ascribed to them as in the Response.

2. On October 1, 2024, the Administrator executed an engagement letter retaining PBWT for the purpose of representing the Trusts in relation to this matter.

3. On June 20, 2024, the Court issued an order referring this case to a magistrate judge for alternative dispute resolution. Dkt. No. 427.

4. On November 19, 2024, the parties participated in court-ordered mediation before Magistrate Judge Laura D. Hatcher. At the close of that session, the parties reached an agreement in principle to settle this matter.

5. Over the following weeks, the parties worked to negotiate and draft the Proposed Stipulated Judgment memorializing the terms of their settlement.

6. During negotiations with the CFPB, PBWT sought input from the Owner Trustee, Indenture Trustee, Administrator, Note Insurer, and other deal parties.

7. On January 14, 2025, I requested authorization from each of the Owner Trustee, Indenture Trustee, Administrator, and Note Insurer to execute the Proposed Stipulated Judgment on behalf of the Trusts.

8. Between January 14, 2025 and the filing of the Joint Motion for Entry of the Stipulated Order and Judgment on January 16, 2025, I received express written consents or authorizations, as applicable, from representatives of each of the Owner Trustee, Indenture Trustee, Administrator, and Note Insurer to execute the Proposed Settlement on behalf of the Trusts.  The Owner Trustee provided its authorization only after receiving prior written approval to do so from the Owners and Note Insurer.

9. On February 18, 2025, PIMCO and the Noteholder Group filed their respective Objections to the Joint Motion for Entry of the Stipulated Order and Judgment.  Dkt. Nos. 466–467.

10. In response to my inquiries regarding the CFPB's position on the Objections, the CFPB's counsel of record confirmed orally on February 28, 2025, and in writing on March 3, 2025, that the CFPB expects to retain its authority to enforce all of the provisions of the PSJ if it is entered by the court, which would include enforcing and complying with all of its provisions.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 4, 2025

_____
Joshua Kipnees