IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>     Plaintiff,<br><br>   v.<br><br>THE NATIONAL COLLEGIATE MASTER STUDENT LOAN TRUST, *et al.*,<br><br>     Defendants. | C.A. No. 17-CV-01323-SB |

## NOTICE OF CHANGE OF FIRM AFFILIATION

**PLEASE TAKE NOTICE** that, effective immediately, the firm affiliation and address for Michael Hanin, *pro hac vice* counsel in this matter for non-parties Waterfall Eden Master Fund, Ltd., Waterfall Delta Offshore Master Fund, LP, Waterfall Sandstone Fund, LP., Baldr Sherwood Fund, Inc., One William Street Capital Master Fund, Ltd., OWS ABS Master Fund II, L.P., OWS COF I Master, L.P., OWS Credit Opportunity I, LLC, and OWS Global Fixed Income Fund (USD-Hedged), Ltd., LibreMax Master Fund, Ltd., LibreMax Value Master Fund, Ltd.. LibreMax MSW Fund, Ltd., AG Mortgage Value Partners Master Fund, L.P., AG TCDRS, L.P., AG Pisgah, L.P., AG Super RMBS LLC, and AG Opportunistic Whole Loan Select, L.P.  (collectively, the "Noteholder Group"), has changed as follows:

    Michael Hanin
    PALLAS PARTNERS (US) LLP
    75 Rockefeller Plaza
    New York, NY  10019
    (212) 970-2304
    michael.hanin@pallasllp.com

| | |
|---|---|
| *Of Counsel:* | ASHBY & GEDDES, P.A. |
| Michael A. Hanin<br>PALLAS PARTNERS (US) LLP<br>75 Rockefeller Plaza<br>New York, NY  10019<br>(212) 970-2304<br>michael.hanin@pallasllp.com | */s/ Catherine A. Gaul*<br>Catherine A. Gaul (#4310)<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19801<br>(302) 654-1888<br>cgaul@ashbygeddes.com<br><br>*Attorneys for the Noteholder Group* |

Dated: March 10, 2025