**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>  Plaintiff,<br><br>  v.<br><br>NATIONAL COLLEGIATE MASTER STUDENT LOAN TRUST, et al.,<br><br>  Defendants. | Case No. 17-1323-SB |

**JOINT STIPULATION OF**
**VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Consumer Financial Protection Bureau and Defendants National Collegiate Master Student Loan Trust, National Collegiate Student Loan Trust 2003-1, National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2005-2, National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2006-3, National Collegiate Student Loan Trust 2006-4, National Collegiate Student Loan Trust 2007-1, National Collegiate Student Loan Trust 2007-2, National Collegiate Student Loan Trust 2007-3, National Collegiate Student Loan Trust 2007-4 (collectively, "Defendants") stipulate that the above-captioned action is voluntarily dismissed in its entirety against all Defendants, with prejudice, with each party bearing its own costs, expenses and attorneys' fees.

<div style="display: flex;">
<div>

Dated: April 25, 2025

Mark Paoletta
*Chief Legal Officer*
Victoria Dorfman
*Senior Legal Advisor*
Cara Petersen
*Acting Enforcement Director*
Deborah Morris
*Deputy Enforcement Director*

/s/ Stephen Jacques
Stephen Jacques
stephen.jacques@cfpb.gov
202-435-7368

CONSUMER FINANCIAL PROTECTION BUREAU
1700 G Street NW
Washington, DC 20552
Facsimile: 202-435-7722

*Attorneys for Plaintiff*
*Consumer Financial Protection Bureau*

</div>
<div>

Respectfully submitted,

/s/ Michael A. Weidinger
Michael A. Weidinger (No. 3330)
Megan Ix Brison
PINCKNEY, WEIDINGER,
URBAN & JOYCE, LLC
2 Mill Road, Suite 204
Wilmington, DE 19806
T: (302) 504-1528
F: (302) 442-7046
mweidinger@pwujlaw.com
mixbrison@pwujlaw.com

OF COUNSEL:
Joshua Kipnees
Peter W. Tomlinson
Jonah Wacholder
PATTERSON BELKNAP WEBB & TYLER
1133 Avenue of the Americas
New York, NY 10036

*Attorneys for Defendants*

</div>
</div>